IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
———

MATHEW SELOVER,

    Plaintiff,

v.                                                        Case No.:

ESCAMBIA COUNTY BOARD
OF COMMISSIONERS, and
RAYME EDLER,

    Defendants.

_____

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, ESCAMBIA COUNTY BOARD OF COMMISSIONERS, ("Defendant" and/or "Escambia County") through its undersigned counsel, hereby remove to this Court the instant action from the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida, to the United States District Court for the Northern District of Florida. As grounds for removal Defendant states as follows:

    1.    The State Court action was commenced by Plaintiff, MATHEW SELOVER ("Plaintiff"), with the filing of his Complaint on January 17, 2020, in the Circuit Court of the First Judicial Circuit of Florida, Escambia County (Case No.: 2020-CA-000077).

    2.    Escambia County was served with the Complaint on February 11, 2020.

    3.    This Notice is filed within thirty (30) days after Service of the Complaint and Summons on the Defendant, in accordance with 28 U.S.C. § 1446(b).

    4.    Undersigned counsel has conferred with counsel for Defendant, Rayme Edler, and Rayme Edler consents to removal. Undersigned counsel and Rayme Edler's counsel have

entered into a joint stipulation for substitution of counsel in this matter and are awaiting the state court's order granting same.

5. The Action is properly removable pursuant to 28 U.S.C. §1441(a), which provides:

> Except as otherwise expressly provided by an Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

6. Here, the United States District Court has jurisdiction of the Action under 28 U.S.C. § 1331, which provides: "The district shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. In Plaintiff's Complaint, Plaintiff alleges that Defendant violated 42 U.S.C. § 1983, U.S. Const. Amend. 14, and U.S. Const. Amend 1.

8. Pursuant to 28 U.S.C. § 1441(a), this Court is the proper forum for removal of the Action because it is the federal court for the district and division embracing the place where the state court suit is pending.

9. Pursuant to 28 U.S.C. § 1446(d), Plaintiff is being provided with written notice of the filing of this Notice of Removal.

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Court for the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida.

11. Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings, papers, and orders served upon the Defendant in the Action are being provided to the Court with this Notice, attached hereto as Exhibit "A" through Exhibit "P".

12. By filing this Notice of Removal, the Defendant does not intend to waive any available defenses; no admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

**WHEREFORE**, Defendant, ESCAMBIA COUNTY BOARD OF COMMISSIONERS, hereby removes this case from the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida, to the United States District Court for the Northern District of Florida, and respectfully request that the Court exercise jurisdiction over this matter and proceed with resolution of this case as if it had been originally filed herein.

Dated: March 11, 2020

LYDECKER | DIAZ
*Attorneys for Defendant*
495 Grand Blvd, Suite 206
Miramar Beach, FL 32550
Telephone: (850) 269-6851
Facsimile: (850) 269-6801

By:  */s/ Stephanie Pidermann*
STEPHANIE PIDERMANN, ESQ.
Florida Bar No: 60414
sp@lydeckerdiaz.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on March 11, 2020. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

*/s/ Stephanie Pidermann*
Stephanie Pidermann, Esq.

## SERVICE LIST

**JEREMIAH J. TALBOTT, ESQ.**
Law Office of Jeremiah J. Talbott, P.A.
900 E. Moreno Street
Pensacola, FL 32503
PIE:jjtalbott@talbottlawfirm.com
S/E:civilfilings@talbottlawfirm.com
Phone: (850) 434-9200
*Attorneys for Plaintiff*

**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
THE HEALTH LAW FIRM
1101 Douglas Avenue, Suite 1000
Altamonte Springs, Florida 32714
P: GIndest@TheHealthLawFirm.com
S: CourtFilings@TheHealthLawFirm.com
**S:** CSchriefer@TheHealthLawFirm.com
**S:** LLeider@TheHealthLawFirm.com
**S:** AAggarwal@TheHealthLawFirm.com
*Attorneys for Rayme Edler*