IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

MATHEW SELOVER
    PLAINTIFF,

Vs.                                                                          CASE NO:   **2020 CA 000077**
                                                                           DIVISION:  **E**

**ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS**   ,et al.
    DEFENDANT,

## SUMMONS

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in the above styled cause upon the defendant **ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS  221 PALAFOX PLACE SUITE 400 PENSACOLA, FL 32502**

Each defendant is hereby required to serve written defenses to said complaint on
    plaintiff's attorney(s), whose address is

    **JEREMIAH J TALBOTT**
    **LAW OFFICES OF JEREMIAH J TALBOTT PA**
    **900 E MORENO ST**
    **PENSACOLA, FL 32503**

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **17th day of January, 2020**
PAM CHILDERS
CLERK OF THE CIRCUIT COURT

By: *Kathy Benoit*
    Deputy Clerk

\* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.