## ESCAMBIA COUNTY SHERIFF'S OFFICE
### ESCAMBIA COUNTY, FLORIDA
# NON-ENFORCEABLE RETURN OF SERVICE

**Document Number:** ECSO20CIV006144NON     **Agency Number:** 20-004259
**Court:** CIRCUIT CIVIL
**County:** ESCAMBIA
**Case Number:** 2020 CA 000077

**Attorney/Agent:**
LAW OFFICE OF JJ TALBOTT

900 E MORENO ST
PENSACOLA, FL 32503

*ESCAMBIA COUNTY, FL*
*2020 FEB 13 P 4: 33*
*PAM CHILDERS*
*CLERK & COMPTROLLER*
*FILED*

**Plaintiff:** MATHEW SELOVER
**Defendant:** ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS, ET AL

**Type of Process:** SUMMONS/COVER SHEET/COMPLAINT

Individual

Received this Writ on 2/7/2020 at 1:29 PM and served same on RAYME EDLER , at 11:32 AM on 2/11/2020 in ESCAMBIA COUNTY, FLORIDA, by delivering a true copy of this Writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me.

DAVID MORGAN, SHERIFF
ESCAMBIA COUNTY, FLORIDA

By: _____
K. JACKSON, CPS

Service Fee: $40.00
Receipt No: 223448-20-

Printed By: MLDENISCO

## IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**MATHEW SELOVER**
        PLAINTIFF,

Vs.                                                     CASE NO: **2020 CA 000077**
                                                             DIVISION: **E**

**ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS**  ,et al.
        DEFENDANT,

### SUMMONS PERSONAL SERVICE ON A NATURAL PERSON

TO DEFENDANT:  **RAYME EDLER**
                               **C/O ESCAMBIA COUNTY EMERGENCY MEDICAL SERVICES**
                               **6575 NORTH W STREET**
                             **PENSACOLA, FL 32505**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffusant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-desses et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saiais par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres abligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

PLAINTIFF/PLAINTIFF'S ATTORNEY:  **JEREMIAH J TALBOTT**
                                                       **LAW OFFICES OF JEREMIAH J TALBOTT PA**
                                                       **900 E MORENO ST**
                                                       **PENSACOLA, FL 32503**

The STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above named Defendant.

2020 FEB -7 PM 1:29  RECEIVED  SHERIFF'S OFFICE CIVIL UNIT

Witness, my hand and the seal of this Court on this **17th day of January, 2020**

PAM CHILDERS

CLERK OF THE CIRCUIT COURT

By: *Kathy Bennit*

Deputy Clerk

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, ADA Liaison Escambia County, 190 Governmental Center, 5th Floor, Pensacola, FL 32502, (850) 595-4400 Fax (850) 595-0360 ADA.Escambia@flcourts1.gov , at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

CASUM2053P