### IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
### IN AND FOR ESCAMBIA COUNTY, FLORIDA

MATHEW SELOVER

    Plaintiff,

vs.                                             CASE NUMBER: 2020 CA 000077

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

    Defendants.

_____/

### NOTICE OF FILING RETURN OF SERVICE

COMES NOW, the Plaintiff, **MATTHEW SELOVER**, by and through the undersigned counsel, and file this Notice of Filing Return of Service on Defendant, **RAYME EDLER**, in this matter. The Summons, Civil Cover Sheet and Complaint were served by process server on February 11, 2020, to Defendant, **RAYME EDLER**, as evidenced by the attached return of service.

DATED: February 18, 2020.

                                                      Respectfully Submitted,

                                                      /s/ JEREMIAH J. TALBOTT
                                                      JEREMIAH J. TALBOTT, Esq.
                                                      Jeremiah J. Talbott, P.A.
                                                      900 East Moreno Street
                                                      Pensacola, Florida 32503
                                                      (850) 437-9600 · (850) 437-0906
                                                      Attorneys for Plaintiffs
                                                      civilfilings@talbottlawfirm.com

### CERTIFICATE OF SERVICE

I certify that a copy of this document served via U.S. Mail to the person listed below on

Selover v. Escambia County Board of County Commissioners, et al
*Notice of Filing Return of Service*
Page 1 of 2

February 14, 2020.

Escambia County Board of County Commissioners
221 Palafox Place Suite 400
Pensacola, FL 32502

Rayme Edler
6575 North "W" Street
Pensacola, FL 32505

                                       /s/ Jeremiah J. Talbott
                                       JEREMIAH J. TALBOTT, ESQUIRE

Selover v. Escambia County Board of County Commissioners, et al
*Notice of Filing Return of Service*
Page 2 of 2

**ESCAMBIA COUNTY SHERIFF'S OFFICE**
ESCAMBIA COUNTY, FLORIDA

# NON-ENFORCEABLE RETURN OF SERVICE

Document Number: ECSO20CIV006144NON         Agency Number: 20-004259
Court: CIRCUIT CIVIL
County: ESCAMBIA
Case Number: 2020 CA 000077

Received by the
Law Office of J.J. Talbott, P.A.

FEB 14 2020

**Attorney/Agent:**
LAW OFFICE OF JJ TALBOTT

900 E MORENO ST
PENSACOLA, FL 32503

**Plaintiff:** MATHEW SELOVER
**Defendant:** ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS, ET AL

**Type of Process:** SUMMONS/COVER SHEET/COMPLAINT

Individual

Received this Writ on 2/7/2020 at 1:29 PM and served same on RAYME EDLER , at 11:32 AM on 2/11/2020 in ESCAMBIA COUNTY, FLORIDA, by delivering a true copy of this Writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me.

DAVID MORGAN, SHERIFF
ESCAMBIA COUNTY, FLORIDA

By: _____ 913
         K. JACKSON, CPS

Service Fee:   $40.00
Receipt No:    223448-20-

Printed By: MLDENISCO