IN THE CIRCUIT COURT OF THE 1st JUDICIAL CIRCUIT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

CASE NO.: 2020-CA-000077

MATHEW SELOVER,

        Plaintiff,

v.

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS: and
RAYME EDLER,

        Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF PRIMARY AND SECONDARY EMAIL ADDRESSES

**NOTICE IS HEREBY GIVEN** that Stephanie Pidermann, Esq., Katherine Gudaitis, Esq. and Kielan Saborit, Esq. of the law firm of Lydecker Diaz, hereby enter appearance as counsel for Defendant, ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS ("Defendant"), in this case. By filing this Notice of Appearance, Defendant does not waive its right to challenge this Court's jurisdiction.

**NOTICE IS ALSO HEREBY GIVEN**, pursuant to Fla.R.Jud.Adm. 2.516(b)(1)(A), of the primary and secondary e-mail addresses for the undersigned counsel of the law firm Lydecker Diaz, appearing on behalf of Defendant:

| Primary e-mail address for counsel | Secondary e-mail address |
| --- | --- |
| Stephanie Pidermann, Esq.<br>sp@lydeckerdiaz.com | Evelyn Valido<br>ev@lydeckerdiaz.com |

CASE NO.: 2020-CA-000077

| Katherine Gudaitis, Esq. kg@lydeckerdiaz.com | Ilayda Gurler igurler@lydeckerdiaz.com |
|---|---|
| Kielan Saborit, Esq. ksm@lydeckerdiaz.com | Evelyn Valido ev@lydeckerdiaz.com |

Service of all future pleadings, notices, and orders should be made upon the designated counsel at the e-mail addresses provided above.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-file with e-Portal to: jjtalbott@talbottlawfirm.com and civilfilings@talbottlawfirm.com, upon: Jeremiah J. Talbott, Esq. and Travis P. Lampert, Esq., *Attorneys for Plaintiff*, Law Office of Jeremiah J. Talbott, P.A., 900 E. Moreno Street, Pensacola, Fla. 32503, on this 26th day of February.

                                      LYDECKER | DIAZ
                                      *Attorneys for Defendant*
                                      1221 Brickell Avenue, 19th Floor
                                      Miami, Florida 33131
                                      Telephone: (305) 416-3180
                                      Facsimile: (305) 416-3190

By:   */s/ Stephanie Pidermann*
         STEPHANIE PIDERMANN, ESQ.
         Florida Bar No: 60414
         sp@lydeckerdiaz.com
         KATIE GUDAITIS, ESQ.
         Florida Bar No: 106954
         kg@lydeckerdiaz.com
         KIELAN SABORIT, ESQ.
         Florida Bar No: 1003527
         ksm@lydeckerdiaz.com