IN THE CIRCUIT COURT OF THE 1st JUDICIAL CIRCUIT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

CASE NO.: 2020-CA-000077

MATHEW SELOVER,

        Plaintiff,

v.

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS: and
RAYME EDLER,

        Defendants.
_____/

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendants, ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS and RAYME EDLER ("Defendants"), respectfully move for an enlargement of time through and including March 23, 2020 to respond to Plaintiff's Complaint, and in support hereof, states as follows:

1.    On February 11, 2020, Plaintiff served its Complaint against Defendants.

2.    Defendant's Response to Plaintiff's Complaint is due on March 2, 2020.

3.    Undersigned counsel received the assignment of this case and filed its Notice of Appearance on February 27, 2020. The undersigned has not had time to respond to Plaintiff's Complaint and still needs to review same with his client.

4.    Undersigned counsel needs additional time in which to confer with its client and obtain additional information which would enable it to properly formulate a response to Plaintiff's Complaint.

5.    By filing this Motion for Enlargement of Time, Defendants do not waive any of its defenses, nor submit to jurisdiction.

CASE NO.: 2020-CA-000077

6. This Motion for Enlargement of Time is being sought to evaluate Plaintiff's Complaint, evaluate jurisdiction, and is made in good faith.

7. This Motion is not submitted for the purpose of unnecessary delay. Granting this Motion will not cause any prejudice to any party, but denying the Motion will cause prejudice to the Defendants.

8. In an abundance of caution, undersigned counsel files this Motion for an Enlargement of Time, requesting an additional twenty (20) days, through and including March 23, 2020, within which to file a response to Plaintiff's Complaint on behalf of Defendants.

**WHEREFORE**, Defendants, respectfully requests this Honorable Court to grant an extension of time through and including March 23, 2020, within which to file a response to Plaintiff's Complaint, and any and all further relief that this court deems just and proper.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-file with e-Portal to: jjtalbott@talbottlawfirm.com and civilfilings@talbottlawfirm.com, upon: Jeremiah J. Talbott, Esq. and Travis P. Lampert, Esq., *Attorneys for Plaintiff*, Law Office of Jeremiah J. Talbott, P.A., 900 E. Moreno Street, Pensacola, Fla. 32503, on this 27th day of February.

                    LYDECKER | DIAZ
                    *Attorneys for Defendants*
                    1221 Brickell Avenue, 19th Floor
                    Miami, Florida 33131
                    Telephone: (305) 416-3180
                    Facsimile: (305) 416-3190

By: */s/ Stephanie Pidermann*
     STEPHANIE PIDERMANN, ESQ.
     Florida Bar No: 60414
     sp@lydeckerdiaz.com
     KATIE GUDAITIS, ESQ.
     Florida Bar No: 106954
     kg@lydeckerdiaz.com
     KIELAN SABORIT, ESQ.
     Florida Bar No: 1003527
     ksm@lydeckerdiaz.com