IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

MATHEW SELOVER

    Plaintiff,

vs.                                       CASE NUMBER: 2020 CA 000077

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

    Defendants.
_____/

## NOTICE OF FILING RETURN OF SERVICE

COMES NOW, the Plaintiff, **MATTHEW SELOVER**, by and through the undersigned counsel, and file this Notice of Filing Return of Service on Defendant, **ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS**, in this matter. The Summons, Civil Cover Sheet and Complaint were served by process server on February 11, 2020, to Defendant, **ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS**, as evidenced by the attached return of service.

DATED: February 28TH, 2020.

                                                              Respectfully Submitted,

                                                              /s/ JEREMIAH J. TALBOTT
                                                              JEREMIAH J. TALBOTT, Esq.
                                                              Jeremiah J. Talbott, P.A.
                                                              900 East Moreno Street
                                                              Pensacola, Florida 32503
                                                              (850) 437-9600 · (850) 437-0906
                                                              Attorneys for Plaintiffs
                                                              civilfilings@talbottlawfirm.com

## CERTIFICATE OF SERVICE

Selover v. Escambia County Board of County Commissioners, et al
*Notice of Filing Return of Service*
Page 1 of 2

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served by electronic filing stephanie Piderman, Esq., Lydecker Diaz, 1221 Brickell Avenue 19th Floor, Miami, FL 33131 on this 28th day of February, 2020.

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT, ESQUIRE

Selover v. Escambia County Board of County Commissioners, et al
*Notice of Filing Return of Service*
Page 2 of 2

# ESCAMBIA COUNTY SHERIFF'S OFFICE
## ESCAMBIA COUNTY, FLORIDA

## NON-ENFORCEABLE RETURN OF SERVICE

**Document Number:** ECSO20CIV006143NON  
**Court:** CIRCUIT CIVIL  
**County:** ESCAMBIA  
**Case Number:** 2020 CA 000077

**Agency Number:** 20-004258

**Attorney/Agent:**  
LAW OFFICE OF JJ TALBOTT

900 E MORENO ST  
PENSACOLA, FL  32503

**Plaintiff:** MATHEW SELOVER  
**Defendant:** ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS, ET AL

**Type of Process:** SUMMONS/COVER SHEET/COMPLAINT

Received this Writ on 2/7/2020 at 1:29 PM and served same at 8:35 AM on 2/11/2020 in ESCAMBIA COUNTY, FLORIDA, by serving ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS , the within named, to wit: DAWN TROCHE, COMMISSIONERS AIDE.

DAVID MORGAN, SHERIFF  
ESCAMBIA COUNTY, FLORIDA

By: _V. Bell 918_  
V. BELL, CPS

Service Fee: $40.00  
Receipt No: 223448-20-

Printed By:  MLDENISCO