IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

MATHEW SELOVER

      Plaintiff,

vs.                                               CASE NUMBER: 2020 CA 000077

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

      Defendants.
_____/

## NOTICE OF SERVICE OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST INTERROGATORIES TO DEFENDANT, ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS

**COMES NOW**, the Plaintiff, MATTHEW SELOVER, by and through the undersigned attorney, files this Notice of Service of Plaintiff's Request for Production of Documents and First Interrogatories to Defendant, ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIOENRS which were served upon the Defendant, ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIOENRS via electronic mail to the attorney of record.

      Dated this 3rd day of March, 2020.

                                      Respectfully submitted,

                                      /s/ Jeremiah J. Talbott
                                      JEREMIAH J. TALBOTT, ESQ.
                                      Florida Bar No. 0154784
                                      900 East Moreno Street
                                      Pensacola, FL 32503
                                      Tel. (850) 437-9600
                                      Fax (850) 437-9606
                                      E-Mail:jj@talbottlawfirm.com;
                                      civil@talbottlawfirm.com
                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a copy of this document served via U.S. Mail and electronic filing to the person listed below on March 3rd, 2020.

Stephanie Pidermann, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
sp@lydeckerdiaz.com
kg@lydeckerdiaz.com
ksm@lydeckerdiaz.com

Rayme Edler
6575 North "W" Street
Pensacola, FL 32505

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT, ESQ.