IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

MATHEW SELOVER

      Plaintiff,

vs.                                  CASE NUMBER: 2020 CA 000077

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

      Defendants.
_____/

## NOTICE OF SERVICE OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST INTERROGATORIES TO DEFENDANT, RAYME EDLER

**COMES NOW**, the Plaintiff, MATTHEW SELOVER, by and through the undersigned attorney, files this Notice of Service of Plaintiff's Request for Production of Documents and First Interrogatories to Defendant, RAYME ELDER which were served upon the Defendant, RAYME EDLER via U.S. Mail.

Dated this 3rd day of March, 2020.

                                        Respectfully submitted,

                                        /s/ Jeremiah J. Talbott
                                        JEREMIAH J. TALBOTT, ESQ.
                                        Florida Bar No. 0154784
                                        900 East Moreno Street
                                        Pensacola, FL 32503
                                        Tel. (850) 437-9600
                                        Fax (850) 437-9606
                                        E-Mail:jj@talbottlawfirm.com;
                                        civil@talbottlawfirm.com
                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that a copy of this document served via U.S. Mail and electronic filing to the person listed below on March 3rd, 2020.

Stephanie Pidermann, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
sp@lydeckerdiaz.com
kg@lydeckerdiaz.com
ksm@lydeckerdiaz.com

Rayme Edler
6575 North "W" Street
Pensacola, FL 32505

                                          /s/ Jeremiah J. Talbott
                                          JEREMIAH J. TALBOTT, ESQ.