**IN THE CIRCUIT COURT OF THE**
**FIRST JUDICIAL CIRCUIT IN AND**
**FOR ESCAMBIA COUNTY, FLORIDA**

MATHEW SELOVER,

      Plaintiff,

                                         Case No.:  2020-CA-000077

vs.

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS and
RAYME EDLER,

      Defendants.

_____/

**NOTICE OF LIMITED APPEARANCE**

**FOR DEFENDANT RAYME EDLER, M.D.**

    **YOU ARE NOTIFIED** that the undersigned are appearing as attorneys for Defendant

Rayme Edler, M.D. ("Dr. Edler"), in the instant cause of action for the sole and limited purpose

of filing, arguing and any hearings relating to a Motion for Extension of Time to File a Response

to Plaintiff's Complaint, a Motion to Remove, and any other preliminary filings required to

reserve and protect the rights of Defendant Dr. Edler.  Copies of pleadings, motions and other

papers should be served on the undersigned at:

                    **GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
                    Primary e-mail:  GIndest@TheHealthLawFirm.com
                    Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
                    **CAROLE C. SCHRIEFER, R.N., J.D.**
                    Primary e-mail:  CSchriefer@TheHealthLawFirm.com
                    Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
                    **LANCE O. LEIDER, J.D., LL.M.**
                    Primary e-mail:  LLeider@TheHealthLawFirm.com
                    Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
                    **ACHAL A. AGGARWAL, M.B.A., J.D.**
                    Primary e-mail:  AAggarwal@TheHealthLawFirm.com

Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM**
1101 Douglas Avenue, Suite 1000
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a copy of the foregoing by filing it with the

Clerk of Court via the E-Portal System, which automatically serves a copy on parties who have

appeared in this matter, on this 11th day of March 2020.

/s/  George F. Indest III

_____
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.:  382426
Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
**CAROLE C. SCHRIEFER, R.N., J.D.**
Florida Bar No.:  835293
Primary e-mail:  CSchriefer@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.:  96408
Primary e-mail:  LLeider@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
**ACHAL A. AGGARWAL, M.B.A., J.D.**
Florida Bar No.:  1008038
Primary e-mail:  AAggarwal@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM**
1101 Douglas Avenue, Suite 1000
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**ATTORNEYS FOR DEFENDANT,**
**RAYME EDLER, M.D.**

GFI/pa
S:\2500-2599\2531\002\410-Pleadings-Drafts & Finals\Notice of Lim Appearance.wpd