IN THE CIRCUIT COURT OF THE 1st JUDICIAL CIRCUIT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

CASE NO.: 2020-CA-000077

MATHEW SELOVER,

        Plaintiff,

v.

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS: and
RAYME EDLER,

        Defendants.
_____/

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

The undersigned counsel, pursuant to Florida Rule of Judicial Administration 2.505(e) and (f), stipulate to the entry of an Order substituting **THE HEALTH LAW FIRM,** as counsel of record for the Defendant, RAYME EDLER, in place and stead of **LYDECKER DIAZ, LLC** The undersigned respectfully request that this Court enter an Order approving the stipulation and relieving **LYDECKER DIAZ, LLC**, from any further responsibility with respect to the representation of Defendant, RAYME EDLER.

| **THE HEALTH LAW FIRM** | **LYDECKER DIAZ, LLC** |
|---|---|
| */s/ George F. Indest* | */s/ Stephanie Pidermann* |
| George F. Indest, III Esq. | Stephanie Pidermann, Esq. |
| Florida Bar No.: 382426 | Florida Bar No.: 60414 |
| 1101 Douglas Avenue, Ste. 1000 | 495 Grand Blvd, Suite 206 |
| Altamonte Springs, Florida 32714 | Miramar Beach, FL 32550 |