UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER,

    Plaintiff,

vs.                                                            Case No.: 3:20-cv-04698

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS and
RAYME EDLER,

    Defendants.
_____/

## DEFENDANT DR. RAYME EDLER'S NOTICE OF REMOVAL

**COMES NOW** Defendant Rayme Edler, M.D. ("Dr. Edler), through her undersigned counsel, appearing for the limited purpose of filing this notice, and, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes the state court from the First Judicial Circuit Court in and for Escambia County, Florida, to the United States District Court for the Northern District of Florida.

## GROUNDS FOR REMOVAL

As grounds for removal Defendant Dr. Edler states:

1.    The present action (the "State Court Action") was commenced by Plaintiff, Mathew Selover ("Plaintiff"), with the filing of a Complaint on January 17, 2020, in the Circuit Court of the First Judicial Circuit of Florida, Escambia County (Case No.: 2020-CA-000077).

2.    Defendant Dr. Edler was served with the Complaint on February 11, 2020.

3.    This Notice is filed within thirty (30) days after service of the Complaint and Summons on the Defendant, in accordance with 28 U.S.C. § 1446(b).

4. Plaintiff Selover's Complaint states actions arising under the laws of the United States. Plaintiff has sued Defendant Dr. Edler for causes of action that include, but are not limited to, the following:

    a. Violation of his due process rights under the Fourteenth Amendment to the U.S. Constitution;

    b. Violation of 42 U.S.C. Sect. 1983; and

    c. Violation of the First Amendment to the U.S. Constitution;

5. The single cause of action making an allegation of a state law violation is incident to the foregoing and the Court has pendant jurisdiction over it.

6. Pursuant to 28 U.S.C. § 1446(d), Plaintiff is being provided with written notice of the filing of this Notice of Removal.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of Court for the First Judicial Circuit in and for Escambia County, Florida.

8. Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings, papers, and orders served upon Defendant Dr. Edler in the State Court Action shall be filed with the District Court separately.

9. Undersigned counsel has conferred with counsel for Defendant, Escambia County Board of County Commissioners ("ECBOCC"), which consents to removal. Undersigned counsel and Defendant ECBOCC's counsel have entered into a joint stipulation for substitution of counsel in this matter and are awaiting the Court's order granting same. Additionally, undersigned counsel has filed a notice of appearance on behalf of Defendant Dr. Edler in the lower court in this matter.

10. By filing this Notice of Removal, the Defendant does not intend to waive any available defenses; no admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

## SUPPORTING MEMORANDUM OF LAW

This removal is proper pursuant to federal court pursuant to 28 U.S.C. §1441(a), which provides:

> Except as otherwise expressly provided by an Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

In the present case, the United States District Court has jurisdiction of the action pursuant to 28 U.S.C. § 1331, which provides: "The district court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

The Plaintiff's Complaint alleges inter alia that Defendant violated 42 U.S.C. § 1983, and the First and Fourteenth Amendments to the U.S. Constitution, causes of action arising under the laws of the United States.

Pursuant to 28 U.S.C. § 1441(a), this Court is the proper forum for removal of this action because it is the federal court for the district and division embracing the place where the state court suit is pending and where the alleged wrongful acts took place.

**WHEREFORE**, Defendant Dr. Edler hereby removes and provides notice of the removal of this case from the First Judicial Circuit in and for Escambia County, Florida, to the United States District Court for the Northern District of Florida, and respectfully requests that the Court

exercise jurisdiction over this matter and proceed with resolution of this case as if it had been originally filed herein.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a copy of the foregoing by filing it with the Clerk of Court via the E-Portal System, which automatically serves a copy on parties who have appeared in this matter;  I also certify that I have electronically served a copy of this Notice on Opposing Counsel for Plaintiff, Jeremiah J. Talbott, Esquire, Law Office of Jeremiah J. Talbott, P.A., 900 E. Moreno Street, Pensacola, FL 32503, e-mail address: jjtalbott@talbottlawfirm.com and civilfilings@talbottlawfirm.com, phone (850) 434-9200; on this 11th day of March 2020.

/s/  George F. Indest III
_____
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.:  382426
Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
**ATTORNEY FOR DEFENDANT,
RAYME EDLER, M.D.**

GFI/pa
S:\2500-2599\2531\002\410-Pleadings-Drafts & Finals-Fed\Not of Removal-Federal.wpd