UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER,

    Plaintiff,

vs.                                            Case No.: 3:20-cv-04698

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS and
RAYME EDLER,

    Defendants.
_____/

## DEFENDANT DR. RAYME EDLER'S

## NOTICE OF FILING OF DOCUMENTS FROM STATE COURT ACTION

**COMES NOW** Defendant Rayme Edler, M.D. ("Dr. Edler"), through her undersigned counsel, and gives this notice of the filing of the lower court documents, stating:

1.    On March 11, 2020, Stephanie Pidermann, Esquire, Counsel for Co-Defendant Escambia County Board of County Commissioners, filed a Notice of Removal. [Doc. 1] That filing contained a complete copy of all of the documents that had been previously filed in the state court action being removed, Exhibits "A" through "R." [Doc. 1]

2.    Exhibits "A" through "R" [Doc. 1] are complete copies of all of the documents and filings from the Circuit Court of the First Judicial Circuit of Florida, Escambia County, Case No.: 2020-CA-000077. [Doc. 1]

3.    On March 11, 2020, Co-Defendant Dr. Edler also filed her Notice of Removal in this Court. [Doc. 2]

4.	In order to avoid cluttering this Court's file and docket with duplicate copies of documents previously filed, pursuant to Rule 10(c), Federal Rules of Civil Procedure, Defendant Dr. Edler incorporates Exhibits "A" through "R" [Doc. 1] into her Notice of Removal [Doc. 2], by reference.

5.	If the Court desires, Dr. Edler will refile all previous lower court pleadings and documents in support of her Removal.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a copy of the foregoing by filing it with the Clerk of Court via the E-Portal System, which automatically serves a copy on parties who have appeared in this matter; on this 11th day of March 2020.

/s/ George F. Indest III

_____
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.:  382426
Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
**ATTORNEY FOR DEFENDANT,**
**RAYME EDLER, M.D.**

GFI/sg
S:\2500-2599\2531\002\410-Pleadings-Drafts & Finals-Fed\Notice of Filing Documents.wpd