IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

MATHEW SELOVER,

    Plaintiff,

v.                                  Case No.: 3-20-CV-04698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS;
and RAYME EDLER,

    Defendants.

_____/

### DEFENDANT, ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONER'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS (the "County Commissioners"), under Fed. R. Civ. P. 6(b), respectfully requests an extension of time up to and including March 30, 2020, to file an answer, motion, or other response to Plaintiff's Complaint.

1. Plaintiff filed his Complaint in the First Judicial Circuit Court of Florida, in and for Escambia County on January 17, 2020.

2. The County Commissioners were served with process of this Complaint on February 21, 2020.

3. On March 11, 2020, the County Commissioners filed a Notice of Removal with this Court and with the First Judicial Circuit Court of Florida, in and for Escambia County to bring this case before this Court. D.E. 1.

4. On March 23, 2020, the undersigned counsel conferred with counsel for the Plaintiff in good faith and requested an extension of time to respond to Plaintiff's Complaint. Plaintiff's counsel advised that they do not oppose an extension of time of seven (7) days to respond to the Complaint.

5. This good faith request stems from the COVID-19 epidemic and the unexpected issues that the undersigned counsel has encountered as a result.

6. Specifically, the undersigned counsel's firm has been forced to employ a mandatory work from home policy for all of its staff until and unless the State of Florida orders that it is safe for non-essential businesses to re-open.

7. Given the substantial burden this unexpected network traffic imposed on the undersigned counsel's firm's servers due to its entire staff being logged onto its remote system simultaneously, undersigned's firm was forced to procure additional resources to bolster its servers to allow all of its staff to work remotely from home simultaneously.

8. Consequently, the undersigned counsel requested an extension of time to respond to the Complaint.

9. Plaintiff's counsel did not object to a seven (7) day extension of time.

10. Defendant's counsel is in need of additional time to respond to the Complaint and confer with its client prior to formulating its response.

11. Defendants respectfully request a seven-day extension of time to formulate its Response, which would make Defendant's Response to the Complaint due on or before March 30, 2020.

12. Under Fed. R. Civ. P. 6(b)(1), upon good cause, the Court may enlarge the period of time within which a defendant must serve its responsive pleading or motion.

13. There is good cause for an extension of time to respond in this case because of the unexpected issues related to COVID-19 and undersigned requires additional time to speak with their client regarding the allegations raised in the Complaint.

14. This motion is brought in good faith and not for the purposes of delay.

15. Wherefore, for these reasons, Defendant, Escambia County Board of County Commissioners, respectfully requests that the Court enter an Order granting the Defendant an extension of time up to and including March 30, 2020, to file an answer, motion or otherwise respond to Plaintiff's Complaint.

### CERTIFICATION UNDER L.R. 7.1(B)

Pursuant to Local Rule 7.1(B), I hereby certify that counsel for the movant has conferred with counsel for Plaintiff in a good faith effort to resolve the issues and Plaintiff has advised they do not oppose the extension of time.

Dated: March 23, 2020.

### CERTIFICATION UNDER L.R. 7.1 (F)

Pursuant to Local Rule 7.1 (F), I hereby certify that the number of words in the Motion and Memorandum do not exceed 8,000 words. The total number of words is 488.

Dated: March 23, 2020

Respectively Submitted,

LYDECKER | DIAZ
Counsel for Escambia County
495 Grand Blvd.
Suite 206
Miramar Beach, FL
Telephone: (305) 416-3180

By:  */s/ Katie Gudaitis*
KATIE GUDAITIS, ESQ.
Florida Bar No: 106954
kg@lydeckerdiaz.com
STEPHANIE PIDERMANN, ESQ.
FBN: 60414
sp@lydeckerdiaz.com

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on March 23, 2020. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of

Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

/s/ <em>Katie Gudaitis</em><br>Katie Gudaitis, Esq.

## SERVICE LIST

| | |
|---|---|
| **J.J. TALBOTT, ESQ.**<br>Law Office of Jerimiah J. Talbott, P.A.<br>900 East Moreno Street<br>Pensacola, Florida 32503<br>jjtalbott@talbottlawfirm.com<br>Phone: (850) 437-9600<br>*Attorney for Plaintiff* | **GEORGE F. INDEST, III, ESQ.**<br>THE HEALTH LAW FIRM<br>1101 Douglas Avenue, Suite 1000<br>Altamonte, Florida 32714<br>gindest@thehealthlawfirm.com<br>Phone: (407) 331-6620<br>*Attorneys for Rayme Edler* |