UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER,

    Plaintiff,

v.                                                    Case No. 3:20cv4698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COMMISSIONERS and
RAYME EDLER,

    Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME

    This case is before the Court on Defendants' motions for extensions of time to respond to the complaint (Docs. 5, 6). Defendant Escambia County Board of County Commissioners seeks a 7-day extension, and Defendant Rayme Edler seeks a 30-day extension. Plaintiff does not oppose the 7-day extension, but he does oppose the 30-day extension. Because the Edler motion is opposed, the Court would normally hold it for 14 days so Plaintiff could file a response, *see* N.D. Fla. Loc. R. 7.1(E); however, under the circumstances, the Court sees no prejudice to Plaintiff in ruling on the motion without awaiting a response. Indeed, by the time the Court held the motion for 14 days and ruled on it, Edler would have effectively received the 21-day extension that the Court is granting in this Order. Moreover, under the circumstances detailed in the motion, the Court cannot imagine anything that

Plaintiff could say in a response that would change the Court's mind as to the appropriate disposition of the motion. Accordingly, it is

**ORDERED** that:

1. Defendant Escambia County's Board of County Commissioners' motion (Doc. 5) is **GRANTED**, and it shall have until March 30, 2020, to respond to the complaint.

2. Defendant Rayme Edler's motion (Doc. 6) is **GRANTED** in part, and she shall have until April 13, 2020, to respond to the complaint.

   **DONE and ORDERED** this 24th day of March, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**