UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MATHEW SELOVER,**

    **Plaintiff,**

v.                         Case No. 3:20cv04698-TKW-HTC

**ESCAMBIA COUNTY BOARD
OF COMMISSIONERS** and
**RAYME EDLER,**

    **Defendants.**
_____/

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

Undersigned counsel respectfully requests pro hac vice admission in the above referenced case, as the attorney for defendant Rayme Edler.  As grounds for the motion, counsel states as follows:

1. I am a member in good standing of the Alabama State Bar.  I live and regularly practice law in Mobile, Alabama.
2. A Certificate of Good Standing from the Alabama State Bar dated April 1, 2020, is attached to this motion as Exhibit 1.
3. I have reviewed the Court's Attorney Admission Memo and the Local Rules of the Northern District Florida.
4. I have successfully completed the online Attorney Admission Tutorial and exam, Confirmation Number: FLND15862927703227.
5. I have completed the online CM/ECF Tutorial.
6. The pro hac vice fee of $201 per case has been paid contemporaneously with the filing of this motion; and

7. I have registered for, and will maintain, an upgraded PACER account.

WHEREFORE, undersigned counsel respectfully requests pro hac vice admission in the above referenced case, as the attorney for defendant Rayme Edler.

/s/ Cecily L. Kaffer

**Cecily L. Kaffer**
pro hac vice
The Kullman Firm
A Professional Law Corporation

Post Office Box 1287
Mobile, Alabama 36633
Telephone: (251) 432-1811
clk@kullmanlaw.com

Attorney for Defendant Rayme Edler

**CERTIFICATE OF SERVICE**

      I certify that on April 9, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Katie Gudaitis
Stephanie Pidermann
Lydecker Diaz
495 Grand Blvd.
Miramar Beach, FL 32550
Telephone: (305) 416-3180
kg@lydeckerdiaz.com
sp@lydeckerdiaz.com


J.J. Talbott
Law Office of Jerimiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Florida 32503
Telephone: (850) 437-9600
jjtalbott@talbottlaw.com


George F. Indest, III
The Health Law Firm
1101 Douglas Avenue
Suite 1000
Altamonte, Florida 32714
gindest@TheHealthLawFirm.com

                                        */s/ Cecily L. Kaffer*
                                        Cecily L. Kaffer