UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER,

    Plaintiff,

vs.                                             Case No.: 3:20-cv-04698

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS and
RAYME EDLER,

    Defendants.
_____/

## NOTICE OF RETAINING LIEN

FILED BY (LIENOR):    The Health Law Firm, P.A.
                                    1101 Douglas Avenue, Suite 1000
                                    Altamonte Springs, Florida 32714

TO (LIENEE):             Rayme M. Edler, M.D.
                                    Escambia County Medical Director
                                    6575 North W Street
                                    Pensacola, Florida 32505
                                    Escambia County

    **YOU ARE HEREBY NOTIFIED** that George F. Indest III, Esquire ("Mr. Indest"), President of The Health Law Firm, P.A. (the "Firm"), claims a retaining lien on behalf of the Firm, 1101 Douglas Avenue, Suite 1000 Altamonte Springs, Seminole County, Florida 32714, on all documents, papers, files, books, records, property or monies in its possession, owned by Lienee, or relating in any way to the legal matters of the Lienee.  There is a common law lien on property in its

possession by virtue of the legal work performed by the Firm and not paid for by Lienee. The property on which the Firm's claim is based may be described as follows: all papers, documents, pleadings, property, monies, recoveries, and files of Lienee, including any work product or files of any kind, in the possession of the Firm, as well as any retainer fees or monies which the Firm may hold or which may come into its possession.

The aforesaid Lien is claimed in accordance with <u>Daniel Mones, P.A. v. Smith</u>, 486 So. 2d 559 (Fla. 1986); <u>Scott v. Kirtley</u>, 113 Fla. 637, 152 So. 721 (1933); <u>Smith v. Patton</u>, 562 So. 2d 859, 859 (Fla. 1st DCA 1990) (attorney's retaining lien was enforceable and access by respondent was not permitted until such time as the fee dispute was resolved or security was posted for payment of the fee). Accord, <u>Weaver v. Mateer & Harbert, P.A.</u>, 277 F.R.D. 655 (M.D. Fla. 2011); <u>J.P. Morgan Chase Bank, N.A. v. Ben-Ezra & Katz, P.A.</u>, No. 11-60655-CIV, 2011 U.S. Dist. LEXIS 41047 (S.D. Fla. Apr. 1, 2011); <u>Stok Folk + Kon, P.A. v. Fusion Homes, LLC</u>, 584 B.R. 376 (S.D. Fla. 2018); <u>In re Alfaro</u>, No. 2011-35116-BKC-AJC, 2012 Bankr. LEXIS 1626 (Bankr. S.D. Fla. Apr. 13, 2012).

Lienee maintains her office, residence or business at the address listed above.

## VERIFICATION

I am the attorney at law named above. I have read the above notice and am familiar with its contents. At all times relevant to this notice, I was and have been licensed to practice law in the State of Florida. To the best of my knowledge, the contents of this notice are true.

_/s/ George F. Indest III_
GEORGE F. INDEST III, ESQUIRE, PRESIDENT, for:
THE HEALTH LAW FIRM, P.A.

## NOTARIZATION

The foregoing instrument was sworn to and subscribed before me, by means of physical presence, this 9th day of April 2020, by George F. Indest III, who is personally known to me.

(NOTARY SEAL)

*Paula Alexander*
(Notary Signature)
Paula R. Alexander
(Notary Name Printed)
NOTARY PUBLIC

PAULA R. ALEXANDER
MY COMMISSION # GG 253168
EXPIRES: September 10, 2022
Bonded Thru Notary Public Underwriters

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed this document electronically with the Clerk of Court via the CM/ECF System, which automatically serves all counsel of record, and by U.S. mail, postage prepaid, this 9th day of April 2020; and in addition, to Defendant Rayme M. Edler, M.D., via e-mail at rmedler@myescambia.com, and via U.S. mail, postage prepaid to her at: 6575 North W Street, Pensacola, Florida 32505.

*George F. Indest*
**GEORGE F. INDEST III, ESQUIRE**
Board Certified in Health Law
Florida Bar No: 382426
**THE HEALTH LAW FIRM**
1101 Douglas Avenue, Suite 1000
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Facsimile: (407) 331-3030

GFI/pa   S:\2500-2599\2531\002\410-Pleadings-Drafts & Finals-Fed\RetainingLien.wpd