**From:** Rayme Edler
**Sent:** Tuesday, April 7, 2020 12:06:51 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** George F. Indest
**Cc:** Falinda McClung; Richard Jesmonth
**Subject:** Re: URGENT--Consent to Withdraw from Representation in Case-Selover vs. ECBOCC & Edler

You have my consent to withdraw.

On Mon, Apr 6, 2020 at 4:30 PM George F. Indest <gindest@thehealthlawfirm.com> wrote:

Dr. Edler: Please sign the attached consent for me to withdraw from representing you in Selover v. Edler and return it, or just respond to this e-mail and state that I have your consent to withdraw (given the fact that you are immersed in the pandemic situation).

*George F. Indest III*

GEORGE F. INDEST III, J.D., M.P.A., LL.M.

Board Certified in Health Law

PRESIDENT & MANAGING PARTNER

The Health Law Firm

1101 Douglas Avenue, Suite 1000

Altamonte Springs, FL 32714

Telephone: (407) 331-6620

Telefax: (407) 331-3030

www.TheHealthLawFirm.com



Website | Blog | Facebook | Twitter

This communication is privileged and confidential. It is intended only for the person(s) to whom it is directed. It may contain information that is sensitive, private and covered by the attorney-client privilege, the attorney work-product privilege, the medical peer review privilege, the medical risk management privilege or other privileges. If you have received this by mistake, please do not read it or copy it. Please delete it

**Exhibit 1**