UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER

    Plaintiff,

vs.                                    CASE NUMBER: 3:20-CV-4698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

    Defendants.
_____/

**PLAINTIFF'S *UNOPPOSED* MOTION
FOR EXTENTION OF TIME TO RESPOND TO DEFENDANTS',
ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS AND
RAYME EDLER (IN HER OFFICIAL CAPACITY), MOTION TO DISMISS
COUNTS I, III, AND V OF PLAINTIFF'S COMPLAINT**

    COMES NOW, the Plaintiff, MATHEW SELOVER, by and through the undersigned counsel hereby moves this Court for an extension of time to file Plaintiff's Response to Defendants', Escambia County Board of County Commissioners and Rayme Edler (in her official capacity) (collectively referred to as the Board), Motion to Dismiss Counts I, III and V of Plaintiff's Complaint and Memorandum of Law (the Motion to Dismiss). In support of this motion, the Plaintiff states as follows:

    1. Plaintiff filed this case on or about January 17, 2020 in Escambia

County Circuit Court.

2. The Defendants removed the case to this Court on or about March 3, 2020. [ECF No. 1].

3. After removal, the Board sought an extension on the time to file an Answer until March 30, 2020, which Plaintiff's counsel did not oppose, and which the Court granted. [ECF No. 5].

4. Then, on or about March 30, 2020, the Board filed the Motion to Dismiss.

5. Plaintiff's response to the Board's Motion to Dismiss is due on April 13, 2020.

6. As the Court is aware, as a result of the COVID19 pandemic, the State of Florida is under a stay at home order, and many in the legal profession, including Plaintiff's counsel are working remotely.

7. As a result of these circumstances, Plaintiff's counsel needs additional time to respond to the Motion to Dismiss and confer with Plaintiff prior to formulating the response.

8. Thus, Plaintiff respectfully requests this Court grant Plaintiff a ten (10) day extension to respond to the Board's Motion to Dismiss, making the deadline Thursday, April 23, 2020.

9. This motion is made in good faith, and not for the purposes of delay.

Further, the short time extension requested herein will not prejudice the Defendants.

10. Plaintiff's counsel has conferred with the Board's counsel regarding the relief requested herein, and the Board's counsel has confirmed in writing that the Board DOES NOT OBJECT to the short time extension requested herein.

**WHEREFORE**, the Plaintiff, MATHEW SELOVER, respectfully requests this Court grant the Plaintiff a ten (10) day extension to respond to the Board's Motion to Dismiss, making the deadline Thursday, April 23, 2020.

Respectfully submitted,

*/s/ Travis P. Lampert*
JEREMIAH J. TALBOTT, ESQ.
Florida Bar No. 0154794
TRAVIS P. LAMPERT, ESQ.
Florida Bar No. 0099843
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, FL  32503
(850) 437-9600 / (850) 437-0906 (facsimile)
*Attorneys for Plaintiff*
jjtalbott@talbottlawfirm.com
civilfilings@talbottlawfirm.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

I HEREBY CERTIFY that the undersigned has complied with Local Rule 7.1(B), and the Board's counsel has advised there is NO OBJECTION to the relief requested above.

/s/ Travis P. Lampert

TRAVIS P. LAMPERT, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, 2020 a true and correct copy of the foregoing Response was furnished to counsel for the Defendants as listed below via CMC/ECF.

/s/ Travis P. Lampert
TRAVIS P. LAMPERT, ESQ.

## SERVICE LIST

Stephanie Pidermann, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
sp@lydeckerdiaz.com
kg@lydeckerdiaz.com
ksm@lydeckerdiaz.com

George F. Indest, III, Esq.
Carole C. Schriefer, Esq.
Lance O. Leider, Esq.
Achal A. Aggarwal, Esq.
The Health Law Firm
1101 Douglas Avenue, Suite 1000
Altamonte Springs, FL 32714
GIndest@TheHealthLawFirm.com
CourtFiling@TheHealthLawFirm.com
CSchriefer@TheHealthLawFirm.com
LLeider@TheHealthLawFirm.com
AAggarwal@TheHealthLawFirm.com

Cecily L. Kaffer, Esq.
The Kullman Firm
P.O. Box 1287
Mobile, AL 36633
clk@kullmanlaw.com