## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**MATHEW SELOVER,**

    **Plaintiff,**

**v.**                               **Case No. 3:20cv4698-TKW-HTC**

**ESCAMBIA COUNTY BOARD**
**OF COMMISSIONERS** and
**RAYME EDLER,**

    **Defendants.**
_____/

## ORDER

This case is before the Court on Defendant Rayme Elder's motion to stay discovery pending a decision on the qualified immunity defense that she will be asserting in a forthcoming motion to dismiss (Doc. 9). The motion represents that it is opposed and, therefore, the Court will await Plaintiff's response before ruling on the motion. However, because the Dr. Elder's deadline to respond to Plaintiff's outstanding discovery requests will expire before Plaintiff's deadline for responding to the motion to stay,[1] the Court will toll the deadline for Dr. Elder to respond to the discovery requests until the Court rules on the motion to stay. The other deadlines in the initial scheduling order will not be tolled at this time.

---

[1] The discovery responses are due on April 13, 2020, *see* Doc. 9, at 2, and the response to the motion to stay is due on April 21, 2020, *see* N.D. Fla. Loc. R. 7.1(E).

It is, therefore, **ORDERED** that the deadline for Dr. Elder to respond to Plaintiff's outstanding discovery requests is tolled while the motion to stay (Doc. 9) is under advisement, but the parties shall comply with the other deadlines in the initial scheduling order pending further order of the Court.

**DONE and ORDERED** this 9th day of April, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**