UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MATHEW SELOVER,**

    **Plaintiff,**

**v.**                                                                     Case No. 3:20cv4698-TKW-HTC

**ESCAMBIA COUNTY BOARD
OF COMMISSIONERS** and
**RAYME EDLER,**

    **Defendants.**

_____/

## ORDER

This case is before the Court on three unopposed motions: (1) attorney Cecily L. Kaffer's motion for admission to practice *pro hac vice* (Doc. 10); attorney George F. Indest, III's motion to withdraw (Doc. 12); and (3) Plaintiff's motion for extension of time (Doc. 13). Upon due consideration of the motions, the Court finds that attorneys Kaffer and Indest have met the requirements in N.D. Fla. Loc. R. 11.1 for appearing *pro hac vice* and withdrawing, respectively, and that Plaintiff has shown good cause for the requested extension of time. Accordingly, it is

    **ORDERED** that the motions are **GRANTED**, and

    1. Attorney Cecily L. Kaffer is authorized to appear *pro hac vice* for Defendant Elder.

2. Attorney George F. Indest, III, is authorized to withdraw as counsel for Defendant Elder, and Mr. Indest shall have no further responsibilities in this case.

3. Plaintiff shall have until April 23, 2020, to respond to Defendants' motion to dismiss.

**DONE and ORDERED** this 10th day of April, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**