IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER,

    Plaintiff,

v.                                                    Case No.:3:20cv4698-TKW/HTC

ESCAMBIA COUNTY BOARD
OF COMMISSIONERS, and
RAYME EDLER,

    Defendants.

_____

### NOTICE OF APPEARANCE AND DESIGNATION OF PRIMARY AND SECONDARY EMAIL ADDRESSES

**NOTICE IS HEREBY GIVEN** that Ian M. Corp, Esq. of the law firm of Lydecker Diaz, hereby enter appearance as counsel for Defendant, ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS, ("Defendant"), in this case. By filing this Notice of Appearance, Defendant does not waive its right to challenge this Court's jurisdiction.

**NOTICE IS ALSO HEREBY GIVEN**, pursuant to Fla.R.Jud.Adm. 2.516(b)(1)(A), of the primary and secondary e-mail addresses for the undersigned counsel of the law firm Lydecker Diaz, appearing on behalf of Defendant:

| **Primary e-mail address for counsel** | **Secondary e-mail address** |
|---|---|
| Ian M. Corp, Esq.<br>imc@lydeckerdiaz.com | Evelyn Valido<br>ev@lydeckerdiaz.com |

Service of all future pleadings, notices, and orders should be made upon the designated counsel at the e-mail addresses provided above.

CASE NO.: 2020-CA-000077

Dated: April 21, 2020

        LYDECKER | DIAZ
*Attorneys for Defendant,*
*Escambia County Board of Commissioners*
495 Grand Blvd, Suite 206
Miramar Beach, FL 32550
Telephone: (850) 269-6851
Facsimile: (850) 269-6801

By:   */s/ Ian M. Corp*
      IAN M. CORP, ESQ.
      Florida Bar No: 1010943
      imc@lydeckerdiaz.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on April 21, 2020. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

*/s/ Ian M. Corp*
Ian M. Corp, Esq.

## SERVICE LIST

| | |
|---|---|
| **JEREMIAH J. TALBOTT, ESQ.** | **CECILY L. KAFFER, ESQ.** |
| Law Office of Jeremiah J. Talbott, P.A. | Pro Hac Vice |
| 900 E. Moreno Street | The Kullman Firm |
| Pensacola, FL 32503 | Post Office Box 1287 |
| PIE:jjtalbott@talbottlawfirm.com | Mobile, Alabama 36633 |
| S/E:civilfilings@talbottlawfirm.com | P: clk@kullmanlaw.com |
| Phone: (850) 434-9200 | *T: 251) 432-1811* |
| *Attorneys for Plaintiff* | *Attorney for Rayme Edler* |