# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MATHEW SELOVER

    Plaintiff,

vs.                                           CASE NUMBER: 3:20-CV-4698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

    Defendants.
_____/

## **PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

    COMES NOW, the Plaintiff, Mathew Selover (Selover) by and through the undersigned counsel and pursuant to Local Rules 7.1 and 15.1 of the United States District Court, Northern District of Florida (N.D. Fla. Loc. R.), hereby moves this Court for an Order granting leave to the Plaintiff to amend the Complaint, and in support thereof states as follows:

1.    Selover filed the instant Complaint in Escambia County, Florida Circuit Court on January 17, 2020 alleging Defendants violated, and continue to violate his constitutional rights, and that Defendants unlawfully retaliated against Plaintiff for filing a complaint against Defendant Edler. [ECF No. 1-3].

2. Here, the defendants are the Escambia County Board of County Commissioners (the Board), and Rayme Edler (Edler), the Escambia County Medical Director, in her official, and individual capacities.

3. Defendants removed this case to the Northern District of Florida, Pensacola Division, on or about March 11, 2020.

4. Subsequently, both the Board and Edler filed separate motions to dismiss the Complaint.

5. Neither Defendant has filed an Answer to the Complaint.

6. In the meantime, Plaintiff has discovered additional information germane to the causes of action pleaded in the Complaint.

7. Additionally, said information is likely to address many of the arguments raised by Defendants in their respective motions to dismiss.

8. Accordingly, Plaintiff seeks to amend the Complaint.

9. Plaintiff has not previously amended the Complaint.

10. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants respective counsel has informed Plaintiff's counsel that Defendants have NO objection to the relief requested herein.

11. This motion is made in good faith and not for purposes of delay.

12. This case is in its infancy and neither Defendant will suffer prejudice if the Court grants the relief requested herein.

13. Accordingly, Selover respectfully requests leave from the Court to amend the Complaint. Pursuant to N.D. Fla. Loc. R. 15.1, a copy of the proposed Amended Complaint has been filed separately.

**WHEREFORE**, the Plaintiff, Mathew Selover, respectfully requests this Court grant leave to amend the Complaint, and all other relief deemed just and appropriate.

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT

Under the Federal Rules of Civil Procedure, a party is permitted to amend a complaint as a matter of course within 21 days of serving it, or within 21 days of service of a responsive pleading or 21 days after service of a motion under Rule 12(b); otherwise, a complaint may be amended with the opposing party's written consent, or the court's leave. Fed. R. Civ. P. 15(a). Further, Rule 15 of the Federal Rules of Civil Procedure declares that leave to amend a complaint should be freely given by the Court when justice so requires. Fed. R. Civ. P. 15(a)(2); Foman v. Davis, 371 U.S. 178, 83 S.Ct. 227 (1962) ("Rule 15(a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded…"). "If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits." Id. "In the absence of any apparent…reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failures to cure

deficiencies by amendments previously allowed, undue prejudice to the opposing party…, futility of amendment, etc. – the leave sought should, as the rules require, be freely given. "

Here, while Plaintiff believes the Complaint is sufficiently pleaded despite the motions to dismiss, Plaintiff has discovered additional information which bolsters his claims, and addresses many of the arguments raised in the Defendants' respective motions to dismiss. Moreover, the Complaint, originally filed in state court, has not been previously amended. Finally, Defendants have provided written consent to the relief requested herein.

This Motion is brought in good faith and not for the purpose of delay and in no way prejudices the Defendants. Further, permitting amendment will promote the efficient use of the Court's, and the parties' resources. Under the circumstances described above, justice so requires leave to amend.

## CONCLUSION

Accordingly, for the foregoing reasons, this Honorable Court should grant Plaintiff leave to amend the Complaint.

> Respectfully submitted,
>
> */s/ Jeremiah J. Talbott*
> JEREMIAH J. TALBOTT, ESQ.
> Fla. Bar No. 0154784

## CERTIFICATE OF GOOD FAITH

In accordance with N.D. Fla. Loc. R. 7.1(B), counsel for the Plaintiff hereby certifies that he contacted counsel for Defendants who has advised Defendants <u>do not object</u> to the relief requested herein.

Respectfully submitted,

*/s/ Jeremiah J. Talbott*
JEREMIAH J. TALBOTT, ESQ.
Fla. Bar No. 0154784
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, FL  32503
(850) 437-9600 / (850) 437-0906 (facsimile)
*Attorney for Plaintiffs*
jjtalbott@talbottlawfirm.com
civilfilings@talbottlawfirm.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

In accordance with N.D. Fla. Loc. R. 7.1(F), counsel for the Plaintiff hereby certifies there are 705 words in this Motion and incorporated Memorandum, not including the case style, signature blocks, or certificates.

*/s/ Jeremiah J. Talbott*
JEREMIAH J. TALBOTT, ESQ.
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of April, 2020 a true and correct copy of the foregoing Motion for Leave was furnished to counsel for the Defendant as listed below via CMC/ECF, E-Mail and U.S. Mail.

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT, ESQ.

## SERVICE LIST

Stephanie Pidermann, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
sp@lydeckerdiaz.com
kg@lydeckerdiaz.com
ksm@lydeckerdiaz.com

Ian M. Corp, Esq.
Lydecker Diaz
495 Grand Blvd, Suite 206
Miramar, FL 32550
imc@lydeckerdiaz.com
ev@lydeckerdiaz.com


Cecily L. Kaffer, Esq.
The Kullman Firm
P.O. Box 1287
Mobile, AL 36633
clk@kullmanlaw.com