I am emailing to get your thoughts on a PIP for Paramedic Selover, as requested in my below email.

I look forward to your response today.

Thanks,

John Dosh
Interim Public Safety Director

**From:** John Dosh
**Sent:** Friday, July 12, 2019 10:57 AM
**To:** Rayme M. Edler <RMEDLER@myescambia.com>
**Cc:** Janice P. Gilley (JanicePGilley@myescambia.com) <JanicePGilley@myescambia.com>
**Subject:** FW: Paramedic Selover

Good Morning Dr. Edler,

I hope all is well.

On June 24th you provided an email response to a request from former Interim County Administrator Matt Coughlin providing him your thoughts on an improvement plan for Paramedic Selover's past poor performances. Your suggestion was "that you felt it prudent that for a period of evaluation at the basic level (EMT) is a good starting point for assessment and review".

Based on a recently received email from the County Attorney's Office on this subject, your suggested direction of demotion/discipline for Paramedic Selover is not supported under statute nor can it be supported by the County Human Resources Department due to the failure to implement any of the county's progressive disciplinary policies. As I understand it, reclassifying Paramedic Selover as an EMT would qualify as a demotion and due process has to be provided by following the counties progressive disciplinary process. Any future employee poor performance issues will require that you work with the EMS administration to implement the progressive disciplinary policies.

With all this information at hand, I would like for you to provide me with a your thought on a revised process improvement plan (PIP) that with help return Paramedic Selover back to the streets operating as a functioning paramedic as soon as possible.

I look forward to you thoughts by close of business Tuesday July 17, 2019.

Best regards,

John Dosh
Interim Public Safety Director