Escambia County
Clerk's Original

9/1/2016 CAL I-2

Date: 9/29/2016  Verified By: *[signature]*

# COLLECTIVE BARGAINING AGREEMENT

## BETWEEN THE

## ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS

## AND THE

## INTERNATIONAL ASSOCIATION OF EMTs AND PARAMEDICS LOCAL R5-325

### For the Contract Years

### August 17, 2016 through September 30, 2019

1



# ARTICLE 1
## THE CONTRACTING PARTIES

This Agreement is between the Escambia County Board of County Commissioners (hereinafter called the BCC or the County) and the International Association of EMTs and Paramedics (hereinafter Union)

# ARTICLE 2
## RECOGNITION

The BCC recognizes the Union as the sole and exclusive bargaining agent for all employees included in the bargaining unit of the Union, the current bargaining unit is as shown in Appendix A, with the official listing on file at PERC. It is recognized by both parties that as the mission of an organization changes, it sometimes requires permanent changes to the duties of some employees. It would be considered inappropriate for an employee to be a member of the Bargaining Unit who is, or becomes, a supervisor as defined by the duties test of the Fair Labor Standards Act (FLSA).

# ARTICLE 3
## GENERAL PROVISIONS

3.01   Civil Emergency
If it is determined that civil emergency conditions exist including riots, civil disorders, hurricane conditions, or similar catastrophes, the provisions of this Agreement may be suspended by the BCC during the time of the declared emergency, provided that wage rates and monetary fringe benefits shall not be suspended. It is understood that a declared emergency may be limited to specific geographic areas, in which case, suspension of the terms of this Agreement would apply only to those bargaining unit employees permanently or temporarily assigned to such areas. If an employee is required to work during a civil emergency, any leave granted to all County employees will be granted to employees covered by this agreement.

3.02   Anti-discrimination
A.   The BCC agrees not to discriminate against any employee because of race, color, religion, age, handicap, national origin, sex, marital status, or Union membership or non-membership for any reason prohibited under Florida Statutes or any Federal law. This provision is not subject to the Agreement's grievance or arbitration procedure.
B.   Any claim of discrimination or sexual harassment by an employee against the BCC, their agents, representatives or employees, except for grievances related to Union membership, shall only be subject to the methods of review prescribed

by law or by rules and regulations having the force and effect of law.

3.03   Severability
Any clause, provision, or part of this Agreement, which might be, or hereafter, is construed by any court as violating such section, so as to fix either civil or criminal liability upon either of the parties shall be considered void and deleted here from as fully and completely as is same had not been incorporated in the agreement.

3.04   Waiver Clause
A.   Regardless of any procedure set forth in this Agreement, the parties, as defined in Article 1, retain the right to agree mutually upon alternative methods for achieving goals or for the resolving of any question, controversy, claim, or matter of difference arising from this Agreement or the performance or breach of any part thereof.
B.   The parties, as defined in Article 1, may agree to enter into letters of understanding and settlements which interpret provisions of this Agreement without such letters of understanding or settlements having to be ratified by the employees covered by this Agreement. Any contract modifications are subject to the ratification process by both parties.

3.05   Accommodation with BCC Rules and Policies
Except as otherwise and expressly agreed herein, BCC existing rules and policies that impact negotiable terms and conditions of employment are to remain in effect except where the change is noticed to the Union.  Any changes to policies shall be submitted to the Union for its review at least fifteen (15) days in advance of the effective date of the change.  The parties understand that this relates to BCC policies and not department procedures, protocols and policies.

3

## ARTICLE 4
## UNION RIGHTS

4.01    Use of Facilities
        If any area of the BCC premises is restricted to the public, permission must be
        requested to enter such areas.  Such access shall be during regular working
        hours and will be restricted to matters related to the application of this
        Agreement.  Nothing in this section shall be interpreted to neither authorize the
        performance of Union business during work time nor permit the use of BCC
        facilities for union business.

4.02    Union Bulletin Boards
        The Union will be allowed to erect and maintain 3' X 3' bulletin board at the
        Public Safety Building, the Jail Medical Facility, and the Century Facility at a
        location approved by the BCC.  Bulletin boards shall not be erected at facilities
        where no bargaining unit members are located. These locations will be in as
        close proximity to time clocks as can reasonably be accommodated.  Any items
        posted must be signed by a Union Official and pertain to Union business.  The
        County reserves the right to take down any material not signed by a Union
        Official or that may be construed as offensive or inappropriate as determined by
        the County Administrator or the Department Director.  The County agrees to mail
        or fax a copy to the Union office of any material removed from one of the
        approved bulletin boards.

4.03    Representation
        The Union agrees to furnish the County with an up-to-date list of all its officers
        and committee members, and to immediately notify the County of any and all
        changes thereof.

4.04    Dues Deduction
A.      During the term of this Agreement, the BCC agrees to deduct Union membership
        dues in an amount established by the Union and certified in writing to the BCC
        from the pay of those in the bargaining unit, who individually make such request
        on a written check-off authorization form provided by the Union (Appendix B).
        Such deductions will be made by the BCC on the first and second payday of
        each month and will begin with the pay for the first full pay period following
        receipt of the authorization by the BCC.  It is understood by the BCC and the
        Union that matters of payroll deductions is controlled by the Escambia County
        Clerk of Court's Office.  The Union will be treated in the same manner as any
        other organization authorized for payroll deduction.
B.      Dues **Checks for dues collections will be made payable to NAGE and
        mailed to 159 Burgin Parkway, Quincy, MA 02169 along with a list of
        members whose dues were collected, as soon as possible, allowing for
        processing time by the Payroll Division, Clerk of Court.**
C.      The Union shall advise the BCC of any increase in dues, in writing, at least ninety
        (90) days prior to its effective date.

4

4.05   Insufficient Pay for Deductions
In the event an employee's salary earnings within any pay period, after deductions for withholding, social security, retirement, health insurance, and other priority deductions, are not sufficient to cover dues, it will be the responsibility of the Union to collect its dues for that pay period directly from the employee.

4.06   Termination of Deduction
Deductions for Union dues and across-the-board assessments, if any, shall continue until either: (1) revoked by the employee by providing the BCC with thirty (30) days written notice that he/she is terminating the prior check-off authorization; (2) revoked pursuant to Section 447.507, Florida Statutes; (3) the termination of employment, or (4) the transfer, promotion, or demotion of the employee out of the bargaining unit.  If these deductions are continued when any of the above situations occur, the Union shall upon notice of the error, reimburse the employee for the deductions that were improperly withheld.

4.07   Indemnification
The Union shall indemnify, defend, and hold the BCC, their agents, and employees harmless against any claim, demand, suit or liability (monetary or otherwise), and for all legal costs arising from any action taken or not taken by the BCC, their agents, and employees in complying with this article.  The Union shall promptly refund to the BCC any funds received in accordance with this article, which are in excess of the amount of dues which the BCC or its agencies have agreed to deduct.

4.08   Orientation

The IAEP will be permitted up to one (1) hour to address newly hired employees during the department specific portion of the new employee orientation.


**ARTICLE 5**
**GRIEVANCE PROCEDURE**


5.01   Definitions
Union – IAEP

<u>County</u> – Escambia County, Board of County Commissioners (BCC)
<u>Day(s)</u> – applicable to this contract, shall mean calendar days
<u>Grievance</u> – an alleged violation of an expressed term of this agreement. Instances which are not subject to the grievance process include, but are not limited to, Performance Standards, Performance Evaluations, Letters of Counseling, job classification, a change of duty without a negative effect on the terms of employment, or a temporary change in working conditions during a state of emergency.  Filling of a grievance must identify the specific article and section that is alleged to have been violated.

5.02   Election of Process
A.     An employee shall indicate at Step 1 (or the initial written step if authorized by the provisions of this article) whether or not he/she shall be represented by the Union.  Any decision mutually agreed to by the BCC and the Union shall be binding on the employee when election of a representative has been made.  If requested by the employee as representation, the Union shall be given reasonable opportunity to be present and observe at any meeting called for the resolution of such grievance.  An employee processing an appeal will be bound by the procedures established by the BCC and the Union.
B.     If the employee is not represented by the Union, the counsel elected to represent that employee becomes the sole agent of the employee.

5.03   Procedure
A.     Employee grievances may be presented and handled promptly at the lowest level of management having the authority to adjust the grievance.
B.     There shall be no reprisals against any of the participants in the procedures contained herein by reason of such participation.
C.     The filing or pendency of any grievance shall in no way operate to impede, delay, or interfere with the right of the BCC to take the action complained of; subject, however, to adjustment (i.e., back pay) based on the final disposition of the grievance.
D.     The resolution of a grievance prior to its submission in writing at Step 1 shall not establish a precedent binding on either the Union or the BCC in other cases.
E.     Grievances shall be presented and adjusted in the following manner:
       (1)    <u>Oral Discussion</u>
              (a)    An **employee** having a grievance may, within five (5) days following the occurrence of the event giving rise to the grievance, present the grievance orally to their Supervisor for informal discussion.  The supervisor shall make effort to resolve the grievance promptly and will respond to the employee within five (5) days.
              (b)    If the grievance is not resolved by such informal discussion, the employee may, within five (5) days after the date of that response, submit a formal grievance at Step 1 of this procedure.
              (c)    If the employee elects not to utilize the oral discussion provision of this Section, **the employee** may file a formal grievance at Step 1,

          provided such written grievance is filed within ten (10) days
          following the occurrence of the event giving rise to the grievance.

(d)    If there is no response by the County within the five (5) day time limit in an above, the failure to respond will constitute a denial and will allow the employee or his/her designee to go forward to Step 1 of filed within the time limits of (b) above.

(2)    <u>Step 1</u>

    (a)    In filing a grievance, the union representative shall submit to the division manager a grievance form setting forth specifically the complete facts on which the grievance is based, the specific provision or provisions of the Agreement at issue, and the relief requested.

    (b)    The division manager or his/her designee shall communicate a decision in writing to the employee and his/her union representative within fifteen (15) days following receipt of this grievance form.

    (c)    If there is no response by the County within the fifteen (15) day time limit, the failure to respond will constitute a denial and will allow the matter to go forward to the next step.

(3)    <u>Step 2</u>

    (a)    If the grievance is not resolved in Step 1, the union representative may submit it in writing to the County Administrator or his/her designated representative within five (5) days after receipt of the decision at Step 1. When the grievance is eligible for initiation at Step 2, the grievance form must contain the same information as an appeal filed at Step 1 above. The County Administrator or his/her designated representative may have a meeting with the employee, and their union representative, to discuss the grievance at the County Administrator or designee's sole discretion.

    (b)    The County Administrator or his/her designated representative shall communicate a decision in writing to the employee or his/her union representative within fifteen (15) days following receipt of the written grievance.

    (c)    If there is no response by the County to the employee or Union within the time limits, the failure to respond will constitute a denial of the grievance and will allow the issue to go to the next step.

(4)    <u>Step 3- Arbitration</u>

    (a)    If the grievance is not resolved, the union representative may, within five (5) days after receipt of the decision at Step 2, appeal in writing to arbitration on a form to be supplied by the Federal Mediation and Conciliation Service (FMCS). If at the initial written step, the Union refused to represent the employee because he/she was not a dues-paying member of the Union, the employee may opt for arbitration. Employees covered under the provisions of this Agreement who are not represented by the Union shall have the opportunity to process grievances to arbitration subject to the limitations set forth in this Agreement provided, however, such

employee proceeding without assistance of the Union shall be required to post a bond in escrow with the BCC in an amount calculated to cover to cost of arbitration and in no event less than the amount $4,500. The bond shall be placed in escrow within a period of thirty (30) days of the employee's request for arbitration and prior to the selection of an arbitrator.

(b)   The parties agree to utilize the Federal Mediation and Conciliation Service (FMCS) as arbitrators. FMCS will provide a list of seven (7) arbitrators for each grievance from which the parties will mutually select one (1). If mutual agreement is not reached the parties shall alternately strike from the list until one remains. The party to strike first shall be determined by the flip of a coin.

(c)   Arbitration hearings shall be held at times and locations mutually agreed to by the parties. Hearings will be held in Pensacola, however, selection of the site will take into account the availability of evidence, location of witnesses, and existence of appropriate facilities.

(d)   The arbitrator may fashion an appropriate remedy to resolve the grievance and, provided the decision is in accordance with his jurisdiction and authority under this Agreement, shall be final and binding on the BCC, the Union, the grievant(s) and the employees in the bargaining unit. The decision of the arbitration hearing shall become final and binding on the parties of this Agreement when delivered to them in writing, subject to the provisions of general law. In considering a grievance, the following provisions and limitations shall apply:

   (1)   The arbitrator shall issue his decision no later than thirty (30) days from the date of the closing of the hearing or the submission of briefs, whichever is later.

   (2)   The arbitrator's decision shall be in writing, and shall set forth the arbitrator's opinion and conclusions on the issue(s) submitted.

   (3)   The arbitrator shall have no authority to determine any other issue, and shall refrain from issuing any statement of opinion or conclusion not essential to the determination of the issues submitted.

   (4)   The arbitrator shall limit their decision strictly to the application and interpretation of the specific provisions of policy or law forming the basis for the grievance.

   (5)   The arbitrator shall be without power or authority to make any decisions that are:

      (a)   Contrary to or inconsistent with, adding to, subtracting from, or modifying, altering or ignoring in any way, the terms of this Agreement, or of applicable law or rules or regulations having the force and effect of law.

8

(b)     Limiting or interfering any way with the powers, duties, and responsibilities of the BCC under the constitution, applicable law, and rules and regulations having the force and effect of law, except as such powers, duties and responsibilities have been abridged, delegated, or modified by the expressed provisions of this Agreement.

(6)     The arbitrator has the authority in the award to make the grievant whole, which includes wages, benefits, seniority, and other conditions of employment. They do not have the authority to award punitive damages.

(7)     The loser shall pay all of the arbitrator's charges. In the case of a split decision, the parties will equally share the arbitrator's fee. In all arbitrations, the parties will be responsible for the fees and costs of their own representatives.

5.04    Time Limits

A.     Failure to initiate a grievance within the time limits in Section 5 above shall be deemed a waiver of the right to file a grievance. Failure at any step of this procedure to submit a grievance to the next step within the specified time limits shall be deemed to be acceptance of the decision at that step.

B.     Failure at any step of this procedure on the part of the BCC to communicate the decision on a grievance within the specified time limits shall permit the Union or employee to proceed to the next step.

C.     The number of days indicated at each step should be considered as a maximum and every effort should be made to expedite the process. However, the time limits specified in any step of this procedure may be extended, in any specific instance, by mutual agreement in writing and signed by both parties.

5.05    Exceptions:

An employee or the Union may challenge an employment action by the County through the Agreement's grievance and arbitration process or, the Merit System Protection Board (MSPB) or its successor, but not both.

## ARTICLE 6
## SENIORITY

Definition: For the purpose of this contract, "seniority" shall, unless otherwise stated, be defined as the length of continuous service from the date of hire in BCC Employment.

## ARTICLE 7
## DISCIPLINE

A. No **Full Time** employee shall be discharged or otherwise disciplined except for just cause.

B. Relief employees who are discharged for disciplinary reasons may appeal such action through step 2 of the grievance procedure.

## ARTICLE 8
## LEAVES

8.01   All full time bargaining unit members shall receive the leave benefits outlined in the Human Resources Policies and Procedures Manual (HRPP) except where it conflicts with an express term of this contract.   The current HRPP sections defining leave benefits for collective bargaining unit members are **incorporated in this contract by reference.**

8.02   Annual Leave

1. All full time bargaining members are eligible to earn annual leave.

Annual leave shall not be credited in advance. Accrual of annual leave begins on the first date of regular employment and ends with the date of separation. Leave accrual for fractions of the month shall be figured to the nearest day. For the purpose of computing annual leave taken, only normal working days are to be counted as leave.

Annual leave is accumulated in accordance with the following schedule:

- Beginning date through the end of year 5       8 hours per month
- Beginning 6th year through end of 10th year    12 hours per month
- Beginning 11th year through end of 15th year   14 hours per month
- Beginning 16th year through end of 20th year   16 hours per month
- Beginning 21st year through end of employment   18 hours per month

10

2. Restrictions on Accumulation of Annual Leave:

A bargaining unit member shall not accrue annual leave during a leave of absence without pay, suspension without pay, or when the bargaining member is otherwise in a non-pay status. A total of four hundred (400) hours of annual leave is the maximum that can be carried over from one year to the next based on the bargaining unit employees date of hire. When extreme operational matters and/or emergencies occur and the bargaining member had requested leave and the leave has been approved, an extension may be granted to use the leave at a later time. The extension to use this approved leave shall be granted by the EMS Chief (or his designee). Bargaining unit members who are granted this extension shall have ninety (90) days from the date of approval by the EMS Chief (or his designee) to take the leave or it will be forfeited.

3. Annual Leave Records:

Annual leave accumulation and usage records for all bargaining unit members shall be maintained by the Department and shall be based upon the leave information submitted by the bargaining unit employees and authorized by Supervisor on each payroll. No annual leave shall be granted except on the basis of such leave records.

4. Approval of Annual Leave Requests:

Requests for annual leave by eligible bargaining unit members shall be made seven (7) days in advance. Leave must be scheduled and approved by the appropriate EMS Supervisor in advance of time to be taken.

5. Computation of Annual Leave Charges:

The full time bargaining unit members shall charge absences from work to annual leave according to the actual number of leave hours used.

6. Payment for Unused Leave Upon Separation of Service or Death:

Upon separation from the County Service, eligible collective bargaining unit members shall receive a lump sum payment for all accrued and unused annual leave up to a maximum of (400) hours. Such payment shall be made at the bargaining member's regular rate of pay at time of separation.

7.  Disciplinary Actions:

Bargaining unit members who are disciplined in accordance with this contract shall not be permitted to use any leave in lieu of disciplinary action.

8.  For the purposes of annual leave the rollover date will be the calendar year.

8.03   Sick Leave

1.  Sick leave shall be accrued at a rate of eight (8) hours a month for full time bargaining unit members.  There is no maximum accumulation of sick leave.

2.  When a full time bargaining unit member is separated from employment due to retirement (as defined by the FRS Employer Handbook), the collective bargaining unit member shall be entitled to receive a lump sum payment for up to one-half of the accumulated sick leave to his credit prior to the effective date of the retirement up to a maximum of 1,040 hours.

3.  Layoffs

When a full time bargaining unit member's service is separated due to a layoff, they shall be entitled to be paid for one-half of the accumulated sick leave to his credit prior to his separation after a fifteen-calendar day period elapsed pending reinstatement.  A maximum payment of 1,040 hours of sick leave will be made.

4.  Bargaining unit members that use seven (7) **incidents** of unscheduled sick leave within the time period of the start of an annual evaluation process until the end of that same annual evaluation time period shall receive a "does not meet standards" on the attendance portion of the collective bargaining unit member's annual evaluation.   Unscheduled sick leave is any sick leave requested less than 24 hours prior to the start of the collective bargaining unit members normally scheduled shift in which they are requesting the sick leave. FMLA or bereavement leave shall not be defined as unscheduled sick leave. Sick Leave shall be utilized in quarter-hour increments.

8.04   Compensatory Leave

1.  The maximum accumulation for compensatory leave for collective bargaining unit members shall be 240 hours.  All compensatory leave not used or paid by the last paycheck before August 31 will be paid or used by September 30 of the year in which the leave was accumulated.

### ARTICLE 9
### PERSONNEL RECORDS

Personnel File

A. There shall be only one official personnel file for each employee in which commendatory or derogatory information is recorded. This record shall be maintained in the Escambia County Human Resources Office.

B. A collective bargaining unit member will have the right to review and or receive a copy of his/her own official personnel file at reasonable times, when requested by the collective bargaining unit member.

### ARTICLE 10
### HOURS OF WORK AND OVERTIME

10.01 Overtime in General

Except where expressly stated in this policy, overtime compensation in the form of overtime pay or compensatory leave in lieu of overtime pay will only be paid after the employee has actually worked a minimum of forty (40) hours in the work week. Calculation and payment of overtime shall be made in accordance with federal Fair Labor Standards Act. However, paid holidays and union time shall be considered as time worked for determining overtime eligibility.

10.02 Authorized Overtime

The Department Director or Division Manager shall authorize overtime when it is determined to be necessary to meet essential operating needs. In order to receive compensation for overtime work performed, authorization from the Department Director or Division Manager is required. All employees are required to work overtime as directed.

10.03 On Call

The County agrees to abide by the Fair Labor Standards Act.

### Article 11
### MANAGEMENT RIGHTS

It is the right of the public employer to determine unilaterally the purpose of each of its constituent agencies, set standards of services to be offered to the public, and exercise control and discretion over its organization and operations. It is also the rights of the public employer to direct its employees, take disciplinary action for just cause, and relieve its employees from duty because of lack of work or for

13

other legitimate reasons.  Communications by the union with any department or division of the BCC shall be coordinated in advance through Human Resources.

## ARTICLE 12
## SALARIES

**_This Agreement shall be reopened on the issue of salaries (and other issues) in accordance with Article 19._**

## ARTICLE 13
## REDUCTION IN FORCE

When it becomes necessary to reduce the work force, employees will be laid off according to seniority within the job classification, within the division, with the least senior employee being laid off first.  When called back, inverse order will be used if the call back occurs within six (6) months from the date of the reduction in force.  Notice of recall will be by certified mail and the employee will have fourteen (14) days to respond from date of receipt.  The employee is responsible for keeping the County informed of his/her current address.

## ARTICLE 14
## RETIREMENT BENEFITS

The County agrees to continue the Florida Retirement System Plan as defined by state law and the same Escambia County Retirement Incentive Plan as provided to all other County employees.

## ARTICLE 15
## MISCELLANEOUS BENEFITS

15.01 Employee Assistance Program
The County shall provide an Employee Assistance Program (EAP) as offered to all other County employees.

15.02 Uniforms
Employees shall be provided uniforms in accordance with the current Division Policy on uniforms

15.03 Holidays
A. Employees shall be entitled to holidays, and shall receive holiday pay, in accordance with the County Policy on holidays.

B. ***Relief employees who work on a scheduled holiday will be paid one and one-half their regular hourly rate for hours worked on the holiday.***

15.04 Shift Swaps

Employees shall be entitled to swap shifts in accordance with the Division Policy on shift swaps that was implemented on 5/1/2011 and revised on 8/01/2013.

15.05 Maternity Accommodation

Full time collective bargaining members may request a light duty assignment if pregnant and such an assignment is recommended by her physician.

## ARTICLE 16
## INSURANCE

The BCC shall provide group Health, Accidental Death and Dismemberment (AD&D), Long Term Disability (LTD) and Life Insurance to eligible Bargaining Unit members at the same level and cost of benefits provided to other regular full time BCC employees.

## ARTICLE 17
## PAYDAYS

17.01 Dates of Pay

All County employees shall be paid every two weeks, as agreed upon by the BCC and as directed by the Office of Finance, Clerk of Court.

17.02 Direct Deposit

Employees wishing to have their paychecks sent directly to their bank or credit union shall contact the payroll office.

## ARTICLE 18
## PROBATIONARY PERIOD

18.01 Definition

The probationary period as herein established is to provide a trial period during which the County has the opportunity to judge the new employee's ability, competency, fitness and other qualifications to perform the work for which he/she is employed. Employees hired following the effective date of the ratification of this contract will have a probationary period for ***six (6) months after the completion of orientation***. Each day of absence will be added to the employee's probationary period.

18.02  Employee Rights
All rights, benefits, privileges, including the application of grievances and
arbitration procedures shall be applicable to probationary employees except for
matters involving discipline, performance evaluation, or the decision to dismiss
the probationary employee.

## ARTICLE 19
## DURATION OF AGREEMENT

This Agreement shall be effective from August 1, 2016 through September 30,
2019 with all terms and provisions in force from the date the Agreement is ratified
by both parties.  For contract years 2017/2018 and 2018/2019 this Agreement
may be reopened for interim negotiations on wages and insurance (Article 16)
and two additional articles by each party.  Each party shall serve notice of the
intent to reopen contract articles no later than January 15, 2017 for the
2017/2018 contract year and January 15, 2018 for the 2018/2019 contract year.

Any unresolved articles properly opened as subjects of negotiations may be
resolved in accordance with the impasse procedures set forth in Section 447,
Florida Statutes.

## ARTICLE 20
## TOTALITY OF AGREEMENT

### 20.01 Limitation.
(a) The Board and the Union acknowledge that during the negotiations that resulted in
this Agreement, the parties had the unlimited right and opportunity to present demands
and proposals with respect to any and all matters lawfully subject to collective
bargaining.
(b) The Board and the Union further acknowledge that all of the understandings and
agreements arrived at thereby are set forth in this Agreement, and that it will constitute
the entire and sole Agreement between the parties for its duration.

### 20.02 No Further Obligation to Bargain.
The Board and the Union, during the term of this Agreement, voluntarily and
unqualifiedly waive the right, and agree that the other will not be obligated, to bargain
collectively with respect to any subject or matter, whether or not referred to or covered
by this Agreement, except as provided in Article 3.05, even though such subject or
matter may not have been within the knowledge or contemplation of the parties at the
time they negotiated or signed this Agreement.

16

**20.03 Modifications.**
Nothing herein will, however, preclude the Board and the Union from mutually agreeing to alter, amend, supplement, delete, enlarge, or modify in writing any of the provisions of this Agreement.

## APPENDIX A
## BARGAINING UNIT POSITIONS AND PAY ASSIGNMENT

| | |
|---|---|
| Emergency medical Specialist – EMT Full Time | $12.49 per hour |
| Emergency medical Specialist – EMT Relief | $12.49 per hour |
| Emergency medical Specialist – Paramedic Full Time | $16.00 per hour |
| Emergency medical Specialist – Paramedic Relief | $16.00 per hour |

## APPENDIX B
## DUES CHECK-OFF AUTHORIZATION

**REQUEST AND AUTHORIZATION FOR VOLUNTARY ALLOTMENT OF COMPENSATION FOR PAYMENT OF EMPLOYEE ORGANIZATION DUES**

| NAME OF EMPLOYEE (Last, First, Middle) | (PLEASE PRINT) | SOCIAL SECURITY # |
|---|---|---|
| (X) | | (X) |

| HOME ADDRESS Street and Number) | (City and State) | ZIP CODE |
|---|---|---|
| (X) | | |

**COMPANY**

(X)                                                                      **UNIT**

**WORK LOCATION:** _____

**JOB** _____   **TITLE** _____

I HEREBY AUTHORIZE THE DEDUCTION FROM MY PAY EACH PAY PERIOD OR THE FIRST FULL PAY PERIOD OF EACH MONTH AN AMOUNT OF MONEY EQUAL TO THE REGULAR DUES IN ACCORDANCE WITH ARRANGEMENTS WITH MY EMPLOYER.

| SIGNATURE OF EMPLOYEE | DATE |
|---|---|
| (X) | (X) |

**Distribution of Copies:**
ORIGINAL – Payroll
Copy – Human Resources

## APPENDIX C
## TERMINATION OF UNION DUES

# M E M O R A N D U M
**TO:**      **Human Resources**

**FROM:**      _____      _____
             **Employee Name (Print Clearly)**
**Department/Division**

**DATE:**      _____

**RE:**      **Termination of Union Dues**

In accordance with the Collective Bargaining Agreement between Escambia County Board of County Commissioner and the Union, this written notice is provided to revoke my prior check-off authorization for deduction of Union dues. I understand the termination of Union dues will become effective not later than thirty (30) days from receipt of this notice.

Your assistance is greatly appreciated.

Sincerely,

(Employee Signature)

**SSN:** _____--_____--_____

Cc:     Union
        Payroll

## Appendix D
## Memorandums of Understanding

A.  Pay increase to $16.00 per hour for Paramedics

B.  Jail Assignment Supplemental Pay

## INTERNATIONAL ASSOCIATION OF EMTs AND PARAMEDICS
## LOCAL R5-325

This is to certify that the members of the above collective bargaining unit ratified this agreement on the _17_ th day of _August_ 2016.

International Association of EMTs and Paramedics

_Michael A Jenkins_
Michael Jenkins
President

_Virginia Payne_
Union Witness

This is to certify that the Board of County Commissioners of Escambia County, Florida ratified this agreement on the 1st day of September, 2016.

BOARD OF COUNTY COMMISSIONERS
OF ESCAMBIA COUNTY, FLORIDA

_Grover C. Robinson_
Grover C. Robinson, IV, Chairman

_9/27/2016_
Date Executed

ATTEST: Pam Childers
Clerk of the Circuit Court

_Elizabeth Carter_

Deputy Clerk
Adopted: _September 1_, 2016

_Michael Mattimore_
Michael Mattimore
Allen, Norton, & Blue, P.A.

22