UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MATHEW SELOVER**,

    **Plaintiff**,

v.                                              Case No. 3:20cv4698-TKW-HTC

**ESCAMBIA COUNTY BOARD OF COMMISSIONERS** and **RAYME EDLER**,

    **Defendants**.

_____/

## ORDER GRANTING LEAVE TO AMEND

Upon due consideration of Plaintiff's unopposed motion for leave to amend complaint (Doc. 19), it is **ORDERED** that:

1. The motion is **GRANTED**, and the amended complaint (Doc. 20) is now the operative complaint.

2. The motions to dismiss the original complaint (Docs. 8, 16) are **DENIED as moot**.

3. Defendants shall have 14 days from the date of this Order to answer or otherwise respond to the amended complaint. *See* Fed. R. Civ. P. 15(a)(3).

4. Defendant Edler's motion to stay discovery (Doc. 9) remains under advisement, and the Order tolling the deadline for her to respond to Plaintiff's discovery requests (Doc. 14) remains in effect.

**DONE and ORDERED** this 24th day of April, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**