## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MATHEW SELOVER

     Plaintiff,

vs.                              CASE NO.: 3:20-CV-4698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

     Defendants.

_____

## JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT REPORT OF PARTY PLANNING MEETING

The undersigned parties, by their respective counsel, hereby move this Court to enter an Order Granting an Extension of Time to File Joint Report of Party Planning Meeting [Doc.3]. In support of this motion, the parties state as follows:

1. Plaintiff filed his complaint on or about January 17, 2020 in Escambia County Circuit Court.

2. The Defendants removed the case to Federal Court on or about March 3, 2020. [Doc.1].

3. The Initial Scheduling Order was entered on March 12, 2020. Per the Initial Scheduling Order, the parties are to have the conference of the

parties within thirty (30) days from the date of the Order. Additionally, the parties are to file a joint report within fourteen (14) days thereafter. [Doc. 3].

4. The parties held the conference of the parties on April 13, 2020 and are almost finished with preparing the Joint Report of Party Planning Meeting.

5. However, the parties need additional time to finalize the joint report.

6. Thus, parties respectfully request this Court to grant the parties an extension until Wednesday, April 29, 2020 to file the Joint Report of Party Planning Meeting.

**WHEREFORE**, the above premises considered, the parties respectfully request this Court grant an extension of time to file the Joint Report of Party Planning Meeting, and grant any further such relief that is deemed just and proper.

| /s/ JEREMIAH J. TALBOTT | /s/  KATIE GUDAITIS |
|---|---|
| JEREMIAH J. TALBOTT | KATIE GUDAITIS |
| Florida Bar No. 0154784 | Florida Bar No. 106954 |
| Law Office of Jeremiah J. Talbott, P.A. | Lydecker Diaz |
| 900 East Moreno Street | 1221 Brickell Avenue, 19th Floor |
| Pensacola, FL 32503 | Miami, FL 33131 |
| (850) 437-9600 | (305) 416-3180 |
| (850) 437-0906 (facsimile) | (305) 416-3190 (facsimile) |
| jjtalbott@talbottlawfirm.com | kg@lydeckerdiaz.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Escambia County Board of County Commissioners* |

| | |
|---|---|
| **/s/ CECILY L. KAFFER_____**<br>CECILY L. KAFFER<br>Pro hac vice<br>Alabama Bar No. ASB-5953-R66C<br>The Kullman Firm<br>PO Box 1287<br>Mobile, AL 36633<br>(251) 378-2213<br>(251) 433-1230 (facsimile)<br>clk@kullmanlaw.com<br>*Attorney for Defendant Rayme Edler* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April, 2020 a true and correct copy of the foregoing Motion for Leave was furnished to counsel for the Defendant as listed below via CMC/ECF, E-Mail and U.S. Mail.

/s/ Jeremiah J. Talbott_____
JEREMIAH J. TALBOTT, ESQ.

## SERVICE LIST

Stephanie Pidermann, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
sp@lydeckerdiaz.com
kg@lydeckerdiaz.com
ksm@lydeckerdiaz.com

Ian M. Corp, Esq.
Lydecker Diaz
495 Grand Blvd, Suite 206
Miramar, FL 32550

imc@lydeckerdiaz.com
ev@lydeckerdiaz.com

Cecily L. Kaffer, Esq.
The Kullman Firm
P.O. Box 1287
Mobile, AL 36633
clk@kullmanlaw.com