UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER,

    Plaintiff,

v.                                                 Case No. 3:20cv4698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COMMISSIONERS and
RAYME EDLER,

    Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of the parties' joint motion for extension of time to file report of Rule 26(f) conference (Doc. 22), it is

**ORDERED** that the motion is **GRANTED**, and the parties shall have until April 29, 2020, to file the report of their Rule 26(f) conference.

**DONE and ORDERED** this 27th day of April, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**