IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER,

    Plaintiff,

v.

ESCAMBIA COUNTY BOARD
OF COMMISSIONERS, and
RAYME EDLER,

    Defendants.

Case No.:3:20cv4698-TKW/HTC

_____

## DEFENDANT, ESCAMBIA COUNTY BOARD OF COMMISSIONERS'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT

Defendant, ESCAMBIA COUNTY BOARD OF COMMISSIONERS ("Defendant") pursuant to Fed. R. Civ. P. 6(b) respectfully request an extension of time up to and including May 15, 2020, to file an answer, motion, or other response to Plaintiff's Amended Complaint ("Complaint") [DE 20]. In support of this motion, Defendants state as follows:

    1. Plaintiff filed his Amended Complaint on April 23, 2020, therefore a response would be due on or before May 6, 2020.

2. Defendant requests additional time for which to formulate a response to the Complaint.

3. Pursuant to Fed. R. Civ. P. 6(b)(1), upon good cause, the Court may enlarge the period of time within which a defendant must serve its responsive pleading or motion.

4. There is good cause for an extension of time to respond in this case because counsel for Defendant needs additional time to speak with their clients and more fully investigate the allegations contained in Plaintiff's Complaint.

5. This motion is brought in good faith and not for purposes of delay. Further, this action was only recently filed. Thus, the enlargement of time requested by Defendant will not prejudice the Court or the parties.

6. For the aforesaid reasons, Defendant, ESCAMBIA COUNTY BOARD OF COMMISSIONERS, respectfully request that the Court enter an Order granting the Defendant an extension of time up to and including May 15, 2020 to file an answer, motion, or otherwise respond to Plaintiff's Amended Complaint [DE 20].

## Certification of Good Faith

I hereby certify that counsel for the movant has conferred with counsel for Plaintiff in a good faith effort to resolve the issues and Plaintiff has advised they do not oppose the extension of time.

Dated: May 6, 2020

LYDECKER | DIAZ
*Attorneys for Defendant*
495 Grand Blvd, Suite 206
Miramar Beach, FL 32550
Telephone: (850) 269-6851
Facsimile: (850) 269-6801

By:   /s/ *Katherine Gudaitis*
     KATHERINE GUDAITIS, ESQ.
     Florida Bar No: 106954
     kg@lydeckerdiaz.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on May 6, 2020. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

     /s/ *Katie Gudaitis*
     Katie Gudaitis, Esq.

## SERVICE LIST

| | |
|---|---|
| **JEREMIAH J. TALBOTT, ESQ.** | **CECILY L. KAFFER, ESQ.** |
| Law Office of Jeremiah J. Talbott, P.A. | Pro Hac Vice |
| 900 E. Moreno Street | The Kullman Firm |
| Pensacola, FL 32503 | Post Office Box 1287 |
| PIE:jjtalbott@talbottlawfirm.com | Mobile, Alabama 36633 |
| S/E:civilfilings@talbottlawfirm.com | P: clk@kullmanlaw.com |
| Phone: (850) 434-9200 | *T: 251) 432-1811* |
| *Attorneys for Plaintiff* | *Attorney for Rayme Edler* |