# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MATHEW SELOVER**,

    **Plaintiff**,

v.                                                Case No. 3:20cv4698-TKW-HTC

**ESCAMBIA COUNTY BOARD OF COMMISSIONERS** and **RAYME EDLER**,

    **Defendants**.

_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendant Escambia County Board of Commissioners' unopposed motion for extension of time to respond to the amended complaint (Doc. 26), it is

**ORDERED** that the motion is **GRANTED**, and Defendant Escambia County Board of Commissioners shall have until May 15, 2020, to answer or otherwise respond to the amended complaint.

**DONE and ORDERED** this 6th day of May, 2020.

*T. Kent Wetherell, II*

            **T. KENT WETHERELL, II**
            **UNITED STATES DISTRICT JUDGE**