## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**MATHEW SELOVER,**

    **Plaintiff,**

**v.**                                                         **Case No. 3:20cv4698-TKW-HTC**

**ESCAMBIA COUNTY BOARD
OF COMMISSIONERS** and
**RAYME EDLER,**

**Defendants.**
_____/

## DEFENDANT RAYME EDLER'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO RESPOND
## TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rule 6(b), *Fed. R. Civ. P.*, defendant Rayme Edler ("Dr. Edler") respectfully requests a one-week extension of time, up to and including May 15, 2020, to file an answer, motion, or other response to Plaintiff's Amended Complaint. As grounds for the motion, Dr. Edler states as follows:

1.     Plaintiff filed suit in the Circuit Court for Florida's First Judicial District in and for Escambia County alleging constitutional torts under 42 U.S.C. §1983. Defendant Escambia County Board Of Commissioners ("the County") timely removed the case to this Court.  Following removal, the County and Dr. Edler filed Rule 12(b)(6) motions to dismiss.  In lieu of responding to the motions, Plaintiff filed his first amended complaint, Doc. 20.

2.     Per the Court's order of April 24, 2020, Dr. Edler's answer or motion is due on or before May 8, 2020.

3.     Rule 6(b) provides for extensions of time on "good cause," which exists here because Defendant needs this short extension to fully evaluate the amended complaint and prepare the appropriate motion.

4.    This action is in its earliest stages, and this short extension will not cause undue delay to the schedule.

5.    The Court has already granted the County's motion for additional time and set May 15 as its deadline to answer or otherwise respond to the amended complaint.

WHEREFORE Dr. Edler respectfully requests a one-week extension of time, up to and including May 15, 2020, to file an answer, motion, or other response to Plaintiff's Amended Complaint.

### Certification of Good Faith

I certify that counsel for the movant conferred with counsel for Plaintiff, and Plaintiff's counsel agreed to the extension of time.

Dated: May 7, 2020

*/s/ Cecily L. Kaffer*

**Cecily L. Kaffer**
pro hac vice
The Kullman Firm
A Professional Law Corporation

Post Office Box 1287
Mobile, Alabama 36633
Telephone: (251) 432-1811
clk@kullmanlaw.com

Attorney for Defendant Rayme Edler

## CERTIFICATE OF SERVICE

I certify that on May 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Katie Gudaitis
Stephanie Pidermann
Lydecker Diaz
495 Grand Blvd., Suite 206
Miramar Beach, FL 32550
kg@lydeckerdiaz.com
sp@lydeckerdiaz.com


J.J. Talbott
Law Office of Jerimiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Florida 32503
jjtalbott@talbottlaw.com


*/s/ Cecily L. Kaffer*
Cecily L. Kaffer