# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MATHEW SELOVER**,

    **Plaintiff**,

v.                                                              Case No. 3:20cv4698-TKW-HTC

**ESCAMBIA COUNTY BOARD OF COMMISSIONERS** and **RAYME EDLER**,

    **Defendants**.

_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendant Rayme Edler's unopposed motion for extension of time to respond to the amended complaint (Doc. 28), it is

**ORDERED** that the motion is **GRANTED**, and Defendant Rayme Edler shall have until May 15, 2020, to answer or otherwise respond to the amended complaint.

**DONE and ORDERED** this 7th day of May, 2020.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**