## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MATHEW SELOVER

     Plaintiff,

vs.                         CASE NUMBER: 3:20-CV-4698-
                                     TKW-HTC

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

     Defendants.

_____/

## PLAINTIFF'S *UNOPPOSED* MOTION
## FOR EXTENTION OF TIME TO RESPOND TO DEFENDANTS'
## MOTIONS TO DISMISS THE AMENDED COMPLAINT

COMES NOW, the Plaintiff, MATHEW SELOVER, by and through the undersigned counsel hereby moves this Court for an extension of time to file Plaintiff's Response to Defendants', Escambia County Board of County Commissioners and Rayme Edler (in her official capacity) (collectively referred to as the Board), and Rayme Edler's (in her individual capacity)[1] respective motions to dismiss the Amended Complaint. In support of this motion, the Plaintiff states as follows:

    1. This case was originally filed in Escambia County Circuit Court on or

_____

[1] All defendants collectively referred to as "Defendants."

about January 17, 2020 raising distinct causes of action against the Board, and Defendant Edler in her individual capacity.

2. After Defendants removed the case to this Court, and filed separate motions to dismiss, Plaintiff filed an amended complaint on or about April 23, 2020 which included additional causes of action based on newly discovered evidence.

3. In response to the Amended Complaint, Defendants filed separate motions to dismiss on or about May 16, 2020.

4. In their respective motions to dismiss, Defendants raise separate, and distinct arguments in support of their requests for dismissal.

5. Plaintiff's responses to Defendants' respective motions to dismiss are due on June 1, 2020.

6. Because Plaintiff is preparing responses to two separate and distinct motions to dismiss, Plaintiff's counsel needs additional time to confer with Plaintiff, and prepare the responses.

7. Thus, Plaintiff respectfully requests this Court grant Plaintiff a seven (7) day extension to respond to the Board's Motion to Dismiss, making the deadline Monday, June 8, 2020.

8. This motion is made in good faith, and not for the purposes of delay. Further, the short time extension requested herein will not prejudice

Defendants.

9.      Plaintiff's counsel has conferred with Defendants' counsel regarding the relief requested herein, and the Defendants' counsel has confirmed in writing that Defendants DO NOT OBJECT to the short time extension requested herein.

**WHEREFORE**, the Plaintiff, MATHEW SELOVER, respectfully requests this Court grant the Plaintiff a seven (7) day extension to respond to the Board's Motion to Dismiss, making the deadline Monday, June 8, 2020.

Respectfully submitted,

*/s/ Travis P. Lampert*
JEREMIAH J. TALBOTT, ESQ.
Florida Bar No. 0154794
TRAVIS P. LAMPERT, ESQ.
Florida Bar No. 0099843
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, FL  32503
(850) 437-9600 / (850) 437-0906 (facsimile)
*Attorneys for Plaintiff*
jjtalbott@talbottlawfirm.com
civilfilings@talbottlawfirm.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

I HEREBY CERTIFY that the undersigned has complied with Local Rule 7.1(B), and the Board's counsel has advised there is NO OBJECTION to the relief requested above.

/s/ Travis P. Lampert
TRAVIS P. LAMPERT, ESQ.

## <u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on this 27th day of May, 2020 a true and correct copy of the foregoing Response was furnished to counsel for the Defendants as listed below via CMC/ECF.

/s/ Travis P. Lampert
TRAVIS P. LAMPERT, ESQ.

## <u>SERVICE LIST</u>

Stephanie Pidermann, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
sp@lydeckerdiaz.com
kg@lydeckerdiaz.com
ksm@lydeckerdiaz.com

Cecily L. Kaffer, Esq.
The Kullman Firm
P.O. Box 1287
Mobile, AL 36633
clk@kullmanlaw.com