UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MATHEW SELOVER**,

    **Plaintiff**,

v.    Case No. 3:20cv4698-TKW-HTC

**ESCAMBIA COUNTY BOARD OF COMMISSIONERS** and **RAYME EDLER**,

    **Defendants**.

_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Plaintiff's unopposed motion for extension of time (Doc. 34), it is

**ORDERED** that the motion is **GRANTED**, and Plaintiff shall have until June 8, 2020, to file his response(s) to Defendants' motions to dismiss.

**DONE and ORDERED** this 28th day of May, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**