IN THE CIRCUIT COURT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

_____

RAYME EDLER,

    Plaintiff,

v.                          CASE NO.:  2019-CA-001206
                            DIVISION:  F

MELISSA PINO,

    Defendant.
_____/


**TRANSCRIPT OF PROCEEDINGS**


**DATE TAKEN:**  Wednesday, November 13, 2019
**TIME:**  1:00 p.m. – 5:45 p.m.
**PLACE:**  M.C. Blanchard Judicial Center
          190 Governmental Center
          Pensacola, Florida  32502
**BEFORE:**  Jeff Burns, Circuit Judge


This cause came on to be heard at the time and place of aforesaid, when and where the following proceedings were reported by:

Kimberly A. Rodgers, Florida Professional Reporter
Notary Public, State of Florida


**Anchor Court Reporting**
229 South Baylen Street
Pensacola, Florida  32502

www.anchorreporters.com
(850)432-2511

1  that?
2       A.   Correct.
3       Q.   Okay.  Dr. Edler, as far as being a public
4  figure, do you consider yourself a public figure?
5       A.   No.
6       Q.   What power and influence, if any, do you have
7  over any affairs of the government?
8       A.   I don't have any.
9       Q.   Do you consider yourself to be a highly
10 visible person?
11           MR. TALBOTT:  Objection, Your Honor, as to
12      what she considers herself.  The issue is not
13      whether she considers.
14           THE COURT:  Sustained.
15      Q.   (By Mr. Indest) Dr. Edler, are you a
16 representative of the government?
17      A.   No.
18      Q.   Do you have power over citizens?
19      A.   No.
20      Q.   Do you -- are you allowed broad discretion in
21 the exercise of your powers and your authority?
22      A.   No.
23      Q.   Do you have substantial responsibilities or
24 control over the conduct of government affairs in
25 Escambia County?

1     A.   No.
2     Q.   Did you ever take an oath of office to be an
3 officer?
4     A.   No.
5     Q.   Do you make any public policy?
6     A.   No.
7     Q.   What are you as far as full-time or part-time?
8     A.   As of when Ms. Gilley came on board, I'm now
9 considered full-time.
10     Q.   But when these postings were made, were you
11 part-time?
12     A.   Yes.
13     Q.   Do you have control of hiring and firing
14 anyone in your department?
15     A.   No.
16     Q.   Do you have any control over even disciplining
17 anyone in your department?
18     A.   No.
19     Q.   Have you been told that you have no
20 administrative or managerial authority at all?
21     A.   Yes, I have been told that.
22     MR. INDEST:  Your Honor, we're finished with
23 our direct of Dr. Edler subject to redirect if
24 necessary.  I don't know if a break would be
25 appropriate at this time or if Dr. Edler needs a