Kelly J. Goad

**From:** John Dosh <JSDOSH@co.escambia.fl.us>
**Sent:** Friday, June 21, 2019 9:10 AM
**To:** Matthew Coughlin
**Subject:** Fwd: Selover

FYI

Sent from my iPhone
John Dosh
Escambia County Emergency Management

Begin forwarded message:

> **From:** "Edward W. Spainhower" <ewspainhower@myescambia.com>
> **Date:** June 19, 2019 at 3:31:05 PM CDT
> **To:** John Dosh <JSDOSH@co.escambia.fl.us>, "Leon L. Salter" <llsalter@myescambia.com>
> **Subject: Selover**
>
> Gentlemen,
>
> I have reviewed a copy of Legal's memo to Matt Coughlin that states the opinion that Dr. Edler does not have the authority to deprive Mr. Selover of his ability to continue working as an operational paramedic as he was previously assigned. I would ask if Matt has relayed this opinion to Public Safety as of yet? If not, you may wish to ask Matt where he stands on the situation as you appear to be fairly shorthanded presently and I assume that Mr. Selover would be of assistance with this issue.
>
> Thanks,
>
> Ed
>
> Edward Spainhower
>
> Human Resources Associate
>
> Human Resources Department
>
> Escambia County Board of County Commissioners
>
> 850.595.3278 (office) 850.595.3020 (fax)

Florida has a very broad public records law. Under Florida law, both the content of emails and email addresses are public records. If you do not want the content of your email or your email address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in person.