Kelly J. Goad

**From:** Kia M. Johnson <KMJOHNSON@myescambia.com>
**Sent:** Wednesday, July 3, 2019 4:28 PM
**To:** John Dosh
**Cc:** Shawn S. Hunter
**Subject:** FW: Selover
**Attachments:** 401265 Medical directors (1).pdf; 64J-1.004 (2).pdf

Also, there is this....

**From:** Kia M. Johnson
**Sent:** Friday, May 24, 2019 8:17 AM
**To:** John Dosh <JSDOSH@co.escambia.fl.us>
**Cc:** Shawn S. Hunter <sshunter@myescambia.com>
**Subject:** RE: Selover

JD:

Medical directors are governed by Florida Statute 401.265 and Florida Administrative Code section 64J-1.004. I have attached copies of each.

Although it is correct that the law provides that medical directors must "supervise and assume direct responsibility for the medical performance of emergency medical technicians and paramedics," the law also specifically provides that a medical director's duties do not include administrative or managerial functions. Those functions (i.e., disciplinary functions) are your responsibility as the direct supervisor.

Let me know if I can provide any additional information.

Thank you,

Kia M. Johnson
Assistant County Attorney
Escambia County Attorney's Office
221 Palafox Place, Suite 430
Pensacola, Florida 32502
Phone: (850) 595-4970
Fax: (850) 595-4979

NOTICE OF CONFIDENTIALITY: This email and any attachments are intended for use only by the addressee(s) named herein and may contain confidential information, legally privileged information and attorney-client work product. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any of any email and printout thereof.

**From:** John Dosh <JSDOSH@co.escambia.fl.us>
**Sent:** Thursday, May 23, 2019 5:59 PM

1