UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER,

    Plaintiff,

v.                                      Case No. 3:20cv04698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COMMISSIONERS and
RAYME EDLER,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Heather F. Crow gives notice that she is co-counsel for defendant Rayme Edler.

        ***/s/ Heather F. Crow***

        Cecily L. Kaffer, pro hac vice
        The Kullman Firm
        A Professional Law Corporation

        Post Office Box 1287
        Mobile, Alabama 36633
        Telephone: (251) 432-1811
        clk@kullmanlaw.com

        Heather F. Crow, Fla. Bar No. 115437
        The Kullman Firm
        A Professional Law Corporation

        1100 Poydras Street
        Suite 1600
        New Orleans, LA 70160
        Telephone: (504) 596-4106
        hfc@kullmanlaw.com

        Attorneys for Defendant Rayme Edler

**CERTIFICATE OF SERVICE**

     I certify that on July 16, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Katie Gudaitis
Stephanie Pidermann
Lydecker Diaz
495 Grand Blvd.
Miramar Beach, FL 32550
Telephone: (305) 416-3180
kg@lydeckerdiaz.com
sp@lydeckerdiaz.com

J.J. Talbott
Travis P. Lambert
Law Office of Jerimiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Florida 32503
Telephone: (850) 437-9600
jjtalbott@talbottlaw.com
travis@talbottlaw.com

                                */s/ Heather F. Crow*
                                Heather F. Crow