UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER

    Plaintiff,

vs.                                CASE NO.: 3:20-CV-4698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

    Defendants.

_____

**JOINT MOTION FOR EXTENSION OF TIME OF DISCOVERY**

The undersigned parties, by their respective counsel, hereby move this Court to enter an Order Granting an Extension of Time. In support of this motion, the parties state as follows:

1. Pursuant to the Scheduling and Mediation Order entered April 30, 2020, the discovery deadline is set for April 8, 2021. [Doc. 25].

2. Under the Scheduling and Mediation Order, Plaintiff's expert disclosure deadline was set for January 8, 2021 and Defendants' expert disclosure deadline was set for February 22, 2021.

3. Since the entry of the Scheduling and Mediation Order, the parties have diligently conducted discovery.

4. The parties continue to cooperate with each other and diligently conduct discovery; however, because this case involves numerous parties, including a government entity which is governed by a five (5) member board of commissioners, and due to the COIVID-19 pandemic, the parties have had difficulty scheduling depositions, and are still coordinating same.

5. Thus, the circumstances necessitate an extension of the discovery and expert disclosure deadline, and all other deadlines dependent thereon.

6. Accordingly, Plaintiff and the Defendants' requests an extension of the discovery and expert disclosure deadline, and all other deadlines dependent thereon, by 45 days, respectively.

**WHEREFORE**, the above premises considered, the parties respectfully request this Court grant an extension of discovery.

| /s/ JEREMIAH J. TALBOTT | /s/ KATIE GUDAITIS |
|---|---|
| JEREMIAH J. TALBOTT | KATIE GUDAITIS |
| Florida Bar No. 0154784 | Florida Bar No. 106954 |
| Law Office of Jeremiah J. Talbott, P.A. | Lydecker Diaz |
| 900 East Moreno Street | 1221 Brickell Avenue, 19th Floor |
| Pensacola, FL 32503 | Miami, FL 33131 |
| (850) 437-9600 | (305) 416-3180 |
| (850) 437-0906 (facsimile) | (305) 416-3190 (facsimile) |
| jjtalbott@talbottlawfirm.com | kg@lydeckerdiaz.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Escambia County Board of County Commissioners* |

| | |
|---|---|
| /s/ CECILY L. KAFFER<br>CECILY L. KAFFER<br>Pro hac vice<br>Alabama Bar No. ASB-5953-R66C<br>The Kullman Firm<br>PO Box 1287<br>Mobile, AL 36633<br>(251) 378-2213<br>(251) 433-1230 (facsimile)<br>clk@kullmanlaw.com<br>*Attorney for Defendant Rayme Edler* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of December, 2020 a true and correct copy of the foregoing Motion for Leave was furnished to counsel for the Defendant as listed below via CMC/ECF, E-Mail and U.S. Mail.

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT, ESQ.

## SERVICE LIST

Stephanie Pidermann, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
sp@lydeckerdiaz.com
kg@lydeckerdiaz.com
ksm@lydeckerdiaz.com

Ian M. Corp, Esq.
Lydecker Diaz
495 Grand Blvd, Suite 206
Miramar, FL 32550
imc@lydeckerdiaz.com
ev@lydeckerdiaz.com

Cecily L. Kaffer, Esq.
The Kullman Firm
P.O. Box 1287
Mobile, AL 36633
clk@kullmanlaw.com