## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**MATHEW SELOVER**,

    **Plaintiff**,

**v.**                                                        **Case No. 3:20cv4698-TKW-HTC**

**ESCAMBIA COUNTY BOARD OF COMMISSIONERS** and **RAYME EDLER**,

    **Defendants**.

_____/

## ORDER EXTENDING DEADLINES

Upon due consideration of the parties' joint motion to extend deadlines (Doc. 42), it is **ORDERED** that

1.    The motion is **GRANTED**, and the discovery deadline is extended by 45 days to May 24, 2021.  All deadlines in the scheduling order (Doc. 25) tied to the discovery deadline are likewise extended.

2.    The expert disclosure deadlines are also extended by 45 days, but the parties may agree to different deadlines pursuant to Local Rule 6.1.

    **DONE and ORDERED** this 30th day of December, 2020.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**