UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER

   Plaintiff,

vs.                                                                       CASE NUMBER: 3:20-CV-4698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

   Defendants.
_____/

## NOTICE OF CHANGE IN FIRM NAME

**PLEASE TAKE NOTICE** that effective immediately, the Law Office of Jeremiah J. Talbott, P.A. will be known as:

Talbott, Lampert, & Stoner, P.A.
900 East Moreno Street
Pensacola, FL 32503
(850) 437-9600 (Phone)
(850) 437-0906 (Fax)

All counsel of record is requested to use the new name of the firm on all certificates of service and correspondence.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15TH day of January, 2021 a true and correct copy of the foregoing Notice was furnished to counsel for the Defendant as listed below via CMC/ECF, E-Mail and U.S. Mail.

                                                   /s/ Jeremiah J. Talbott
                                                   JEREMIAH J. TALBOTT, ESQ.

                    Florida Bar No. 0154784
                    900 East Moreno Street
                    Pensacola, FL 32503
                    Tel. (850) 437-9600
                    Fax (850) 437-9606
                    E-Mail:jj@talbottlawfirm.com;
                    civilfilings@talbottlawfirm.com
                    *Attorney for Plaintiff*

## **SERVICE LIST**

Stephanie Pidermann, Esquire
Katie Gudaitis, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
sp@lydeckerdiaz.com
kg@lydeckerdiaz.com
ksm@lydeckerdiaz.com
*Attorneys for Defendant, Escambia County Board of County Commissioners*

Cecily L. Kaffer, Esquire
Pro hac vice
The Kullman Firm
P.O. Box 1287
Mobile, AL 36633
clk@kullmanlaw.com
*Attorney for Defendant, Rayme Edler*