# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MATHEW SELOVER

    Plaintiff,

vs.                                    CASE NUMBER: 3:20-CV-4698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

    Defendants.
_____/

## NOTICE OF SERVICE

    Plaintiff, MATTHEW SELOVER, by and through the undersigned counsel, and gives notice to the Court and all parties that the Plaintiff served the Plaintiff's Expert Witness Disclosure pursuant to Federal Rules of Civil Procedure 26(a)(2)(B) upon the Defendants' on the 22nd day of February, 2021.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 22nd day of February, 2021 a true and correct copy of the foregoing Notice was furnished to counsel for the Defendant as listed below via CMC/ECF, E-Mail and U.S. Mail.

                                      /s/ Jeremiah J. Talbott
                                      JEREMIAH J. TALBOTT, ESQ.
                                      Florida Bar No. 0154784

        900 East Moreno Street
        Pensacola, FL 32503
        Tel. (850) 437-9600
        Fax (850) 437-9606
        E-Mail:jj@talbottlawfirm.com;
        civilfilings@talbottlawfirm.com
        Attorney for Plaintiff

## **SERVICE LIST**

Stephanie Pidermann, Esquire
Katie Gudaitis, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
sp@lydeckerdiaz.com
kg@lydeckerdiaz.com
ksm@lydeckerdiaz.com
*Attorneys for Defendant, Escambia County Board of County Commissioners*

Cecily L. Kaffer, Esquire
Pro hac vice
The Kullman Firm
P.O. Box 1287
Mobile, AL 36633
clk@kullmanlaw.com
*Attorney for Defendant, Rayme Edler*