UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW SELOVER

    Plaintiff,

vs.                                    CASE NUMBER: 3:20-CV-4698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

    Defendants.

### NOTICE OF ABANDONMENT OF PLAINTIFF'S CLAIMS FOR COMPENSATORY AND PUNITIVE DAMAGES

    Plaintiff, MATTHEW SELOVER, files this notice of partial abandonment of Counts II of the First Amended Complaint (ECF No. 20), to the extent that count seeks compensatory damages in favor of Plaintiff and punitive damages in favor of Plaintiff. Plaintiff files this notice to ensure that Court does not unnecessarily work on an abandoned issue and that jurors are not unnecessarily required to appear. *Cf.* N.D. Fla. Local Rule 16.2(B). Except as otherwise stated herein, Plaintiff intends to fully pursue all counts in the Amended Complaint including Counts I, II, and VII.

    Dated this 8th day of April, 2021.

                                               Respectfully submitted,

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT, ESQ.
Fla. Bar No. 0154784
TRAVIS P. LAMPERT, ESQ.
Fla. Bar No. 0099843
Talbott, Lampert, & Stoner, P.A.
900 East Moreno Street
Pensacola, FL 32503
(850) 437-9600 / (850) 437-0906 (facsimile)
jj@talbottlawfirm.com;
travis@talbottlawfirm.com;
civil@talbottlawfirm.com
*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed furnished electronically to counsel for Defendants, as listed below, via the CM/ECF System on this th day of April, 2021.

Stephanie Pidermann, Esquire
Katie Gudaitis, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
sp@lydeckerdiaz.com
kg@lydeckerdiaz.com
ksm@lydeckerdiaz.com
*Attorneys for Defendant, Escambia County Board of County Commissioners*

Cecily L. Kaffer, Esquire
Pro hac vice
The Kullman Firm
P.O. Box 1287
Mobile, AL 36633
clk@kullmanlaw.com
*Attorney for Defendant, Rayme Edler*

/s/ *Jeremiah J. Talbott*
Jeremiah J. Talbott