# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

MATHEW SELOVER,

    Plaintiff,

v.                                              Case No.: 3-20-CV-04698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS;
and RAYME EDLER,

    Defendants.

_____/

## **DEFENDANTS' JOINT MOTION TO EXTEND MEDIATION DEADLINE**

    COMES NOW Defendants, ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS (the "County"), and DR. RAYME EDLER, ("Dr. Edler") by and through their counsel, hereby move for an extension of the mediation deadline and for good cause states as follows:

    1.    Pursuant to the Scheduling and Mediation Order entered April 30, 2020, the discovery deadline was set for April 8, 2021. (Doc. 25).

    2.    On December 29, 2020, the parties filed a Joint Motion to Extend Discovery Deadlines requesting the discovery deadlines, and all other deadlines dependent thereon, be extended by 45 days. (Doc. 42).

3. On December 30, 2020, this Court Granted the Parties' Joint Motion for Extension of Time. (Doc. 43). Therefore, the discovery deadline was extended by 45 days to May 24, 2021. In addition, all deadlines tied to the discovery deadline in the Scheduling and Mediation Order (Doc. 25) were likewise extended.

4. Pursuant to this Court's Scheduling and Mediation Order, the deadline for mediating this case is 30 days before the discovery deadline of May 24, 2021. As such, the deadline to mediate is April 23, 2021. (Doc 25, Doc 43).

5. The Parties have agreed upon a mediator to mediate this matter, David Hiers.

6. Therefore, undersigned counsel for the County reached out to David Hiers' office to obtain dates on two (2) different occasions and provided the dates to the other Parties.

7. However, despite the Parties' best efforts, the Parties have not been able to coordinate a mediation date due to scheduling conflicts.

8. Federal Rule of Civil Procedure 16 requires a showing of good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4).

9. District courts have broad discretion when managing their cases, including discovery and scheduling. *Johnson v. Bd. of Regents of Univ. of Ga.,* 263 F.3d 1234, 1269 (11th Cir. 2001).

10. Here, the Parties have attempted to coordinate mediation in good faith, but have not been able to agree upon a scheduled date prior to April 23, 2021.

11. In addition, Defendants believe that Mediation would be more beneficial after the close of discovery when all of the facts have been investigated and presented.

12. Moreover, once discovery has ended, the Parties will be able to better assess the value of the case and likelihood of summary judgment.

13. As such, Defendants are requesting that this Court enter an Order granting an extension of time for the Parties to conduct mediation after the discovery deadline expires on May 24, 2021.

14. Accordingly, Defendants are requesting a 45 day extension of time to mediate this matter until June 7, 2021.

WHEREFORE, Defendants, Escambia County Board of County Commissioners and Dr. Rayme Edler, request this Court extend the mediation deadline by 45 days, until June 7, 2021.

## CERTIFICATION UNDER L.R. 7.1

Pursuant to Local Rule 7.1, we hereby certify that counsel for the movant has conferred with counsel for Plaintiff on April 22, 2021 via email in a good faith effort to resolve the issues and Plaintiff has advised they oppose this motion.

Dated:  April 22, 2021

| *s/s* **CECILY L. KAFFER**_____<br>CECILY L. KAFFER<br>Pro hac vice<br>Alabama Bar No. ASB-5953-R66C<br>The Kullman Firm<br>PO Box 1287<br>Mobile, AL 36633<br>(251) 378-2213<br>(251) 433-1230 (facsimile)<br>clk@kullmanlaw.com<br>*Attorney for Defendant Rayme Edler* | **/s/ KATIE GUDAITIS**_____<br>KATIE GUDAITIS<br>Florida Bar No. 106954<br>Lydecker Diaz<br>1221 Brickell Avenue, 19th Floor<br>Miami, FL 33131<br>(305) 416-3180<br>(305) 416-3190 (facsimile)<br>kg@lydeckerdiaz.com<br>*Attorney for Defendant Escambia County Board of County Commissioners* |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on April 22, 2021. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

/s/ *Katie Gudaitis*
Katie Gudaitis, Esq.

## SERVICE LIST

| | |
|---|---|
| **JEREMIAH J. TALBOTT, ESQ.** | **CECILY L. KAFFER, ESQ.** |
| Law Office of Jeremiah J. Talbott, P.A. | Pro Hac Vice |
| 900 E. Moreno Street | The Kullman Firm |
| Pensacola, FL 32503 | Post Office Box 1287 |
| PIE:jjtalbott@talbottlawfirm.com | Mobile, Alabama 36633 |
| S/E:civilfilings@talbottlawfirm.com | P: clk@kullmanlaw.com |
| Phone: (850) 434-9200 | *T: 251) 432-1811* |
| *Attorneys for Plaintiff* | *Attorney for Rayme Edler* |