UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MATHEW SELOVER,**

    **Plaintiff,**

v.                                                    Case No. 3:20cv04698-TKW-HTC

**ESCAMBIA COUNTY BOARD
OF COMMISSIONERS** and
**RAYME EDLER,**

    **Defendants.**

_____/

## DEFENDANT EDLER'S MOTION TO MODIFY SCHEDULNG ORDER TO EXTEND EXPERT DEADLINES

Pursuant to Fed. R. Civ. P. 16(b)(4), Defendant Dr. Rayme Edler ("Edler") respectfully requests the Court to modify the December 30, 2020 Scheduling Order to extend Defendant Edler's expert disclosure deadline from April 23, 2021, up to and including May 7, 2021; and to enlarge Plaintiff Matthew Selover's time for taking defendant's expert's deposition to June 7, 2021. As grounds for the motion, Edler states as follows:

1.    Under the amended scheduling order, and by agreement of the Parties, Edler's expert disclosure date is April 23, 2021.[1]  (Doc. 43)

2.    Edler could not meet the deadline, despite the exercise of due diligence.

3.    Counsel for Edler conferred with counsel for Plaintiff regarding the requested extension. Plaintiff's counsel could not agree, because the requested extension would leave too little time to complete expert discovery. To solve that

---

[1]    The April 23, 2021, deadline resulted from Plaintiff's counsel's prior agreement to extend Edler's deadline from April 9, 2021, as allowed by the December 30, 2020, scheduling order.

problem, Edler also requests an enlargement of Plaintiff's counsel's time to take her expert's deposition.

4. Federal Rule of Civil Procedure 16 requires a showing of good cause for modification of a court's scheduling order. *Fed. R. Civ. P.* 16(b)(4). Good cause exists here where Edler could not meet the deadline despite due diligence.

5. District courts have broad discretion when managing their cases, including discovery and scheduling. *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001).

WHEREFORE, Defendant Rayme Edler respectfully requests the Court to modify the December 30, 2020 Scheduling Order to extend Edler's expert disclosure deadline from April 23, 2021, up to and including May 7, 2021; and to enlarge Plaintiff Matthew Selover's time for taking defendant's expert's deposition to June 7, 2021.

## CERTIFICATION UNDER L.R. 7.1

Pursuant to Local Rule 7.1, we hereby certify that counsel for the movant has conferred with counsel for Plaintiff in a good faith effort to resolve the issues and Plaintiff has advised they oppose this motion.

**Cecily L. Kaffer,**
pro hac vice
The Kullman Firm
A Professional Law Corporation

Post Office Box 1287
Mobile, Alabama 36633
Telephone: (251) 432-1811
clk@kullmanlaw.com

Attorney for Defendant Rayme Edler

## CERTIFICATE OF SERVICE

      I certify that on April 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Katie Gudaitis
Stephanie Pidermann
Lydecker Diaz
495 Grand Blvd.
Miramar Beach, FL 32550
Telephone: (305) 416-3180
kg@lydeckerdiaz.com
sp@lydeckerdiaz.com


J.J. Talbott
Travis P. Lambert
Law Office of Jerimiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Florida 32503
Telephone: (850) 437-9600
jjtalbott@talbottlaw.com
travis@talbottlaw.com


                                                */s/ Cecily L. Kaffer*
                                                Cecily L. Kaffer