UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER

    Plaintiff,

vs.                                    CASE NUMBER: 3:20-CV-4698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

    Defendants.
_____/

## STIPULATED MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

COMES NOW, the undersigned, JEREMIAH J. TALBOTT, counsel for Plaintiff, **MATTHEW SELOVER,** (hereafter referred to as "Plaintiff"), and files this Stipulated Motion to Withdraw and Substitution of Counsel, and as grounds therefore, states the following:

1. Jeremiah J. Talbott, Esq. has represented the Plaintiff in the above referenced case.

2. Jeremiah J. Talbott. is unable to continue to represent the Plaintiff.

3. Pursuant to Rule 2.505(e)(2), Florida Rules of Judicial Administration, the Plaintiff, MATTHEW SELOVER, stipulates to an entry of an Order

substituting Travis P. Lampert, Esquire, as counsel of record for the Plaintiff in place of Jeremiah J. Talbott, Esquire.

4. After entry of said Order, Jeremiah J. Talbott, Esquire will be relieved from any further responsibility with respect to the representation of Plaintiff in this matter.

5. Plaintiff does not object to his Motion and consents to same.

Respectfully Submitted:

_____
JEREMIAH J. TALBOTT, ESQ.
Fla. Bar No. 0154784
TALBOTT, LAMPERT, & STONER, P.A.
900 East Moreno Street
Pensacola, Florida 32503
jj@talbottlawfirm.com
(850) 437-9600

_____
TRAVIS P. LAMPERT, ESQ.
Fla. Bar No. 0099843
TALBOTT, LAMPERT, & STONER, P.A.
900 East Moreno Street
Pensacola, Florida 32503
travis@talbottlawfirm.com;
civil@talbottlawfirm.com
(850) 437-9600

_____
MATTHEW SELOVER, Plaintiff
Date: 4/28/2021
matt selover (Apr 28, 2021 13:03 CDT)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April, 2021 a true and correct copy of the foregoing was furnished to counsel for the Defendants as listed below via CMC/ECF.

/s/ Travis P. Lampert
Travis P. Lampert, ESQ.
Florida Bar No. 0099843

/s/ Jeremiah J. Talbott
Jeremiah J. Talbott, Esq.
Florida Bar No. 154784

## SERVICE LIST

Stephanie Pidermann, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
sp@lydeckerdiaz.com
kg@lydeckerdiaz.com
ksm@lydeckerdiaz.com

Cecily L. Kaffer, Esq.
The Kullman Firm
P.O. Box 1287
Mobile, AL 36633
clk@kullmanlaw.com

# 04-28-21 Stip for Sub of Counsel and Mtn to WD

Final Audit Report                                              2021-04-28

| | |
|---|---|
| Created: | 2021-04-28 |
| By: | Jj Talbott (jj@talbottlawfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAG_1Mo2Wq15SsAwUbS1r4BHwKayR8fzAj |

## "04-28-21 Stip for Sub of Counsel and Mtn to WD" History

- Document created by Jj Talbott (jj@talbottlawfirm.com)
  2021-04-28 - 4:01:28 PM GMT- IP address: 98.174.63.243

- Document emailed to matt selover (letitridematt@yahoo.com) for signature
  2021-04-28 - 4:02:27 PM GMT

- Email viewed by matt selover (letitridematt@yahoo.com)
  2021-04-28 - 4:56:56 PM GMT- IP address: 172.58.168.191

- Document e-signed by matt selover (letitridematt@yahoo.com)
  Signature Date: 2021-04-28 - 6:03:44 PM GMT - Time Source: server- IP address: 172.58.168.191

- Agreement completed.
  2021-04-28 - 6:03:44 PM GMT

Adobe Sign