UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MATHEW SELOVER**,

    Plaintiff,

v.                                               Case No. 3:20cv4698-TKW-HTC

**ESCAMBIA COUNTY BOARD OF COMMISSIONERS** and **RAYME EDLER**,

    Defendants.

_____/

## ORDER SUBSTITUTING COUNSEL

Upon due consideration of the stipulated motion to withdraw and substitution of counsel (Doc. 50), it is

**ORDERED** that the motion is **GRANTED**, and Travis P. Lampert is substituted for Jeremiah J. Talbott as counsel of record for Plaintiff. Mr. Talbott shall have no further obligation to represent Plaintiff in this case and the Clerk shall terminate him as counsel of record for Plaintiff in the CM/ECF system.

**DONE and ORDERED** this 30th day of April, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**