UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MATHEW SELOVER**,

    **Plaintiff**,

v.          Case No. 3:20cv4698-TKW-HTC

**ESCAMBIA COUNTY BOARD OF COMMISSIONERS** and **RAYME EDLER**,

    **Defendants**.

_____/

## ORDER ON MOTIONS TO EXTEND DEADLINES

This case is before the Court based on Defendants' motion to extend mediation deadline (Doc. 47) and Defendant Edler's motion to extend her expert disclosure deadline (Doc. 48). Upon due consideration of the motions, Plaintiff's responses in opposition (Docs. 49, 52), and the case file, the Court finds that (1) the requested extension of the mediation deadline is supported by good cause and will not prejudice Plaintiff, and (2) Defendant Edler failed to show due diligence in meeting the existing expert disclosure deadline and failed to establish good cause for the requested extension of the deadline. Accordingly, it is

    **ORDERED** that:

1. Defendants' motion to extend mediation deadline (Doc. 47) is **GRANTED**, and the mediation deadline is extended to June 7, 2021.  Within 7 days from the date of this Order, the parties shall confer with each other and the mediator to get the mediation scheduled and shall post a notice of the scheduling result.

2. Defendant Edler's motion to extend her expert disclosure deadline (Doc. 48) is **DENIED**.

**DONE and ORDERED** this 3rd day of May, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**