IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER,

   Plaintiff,

v.                                           Case No. 3-20-cv-04698-TKW-HTC

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS, et al,

   Defendants.

---

## NOTICE OF MEDIATION CONFERENCE

TO:   J. J. Talbott, Esq.                  Stephanie Pidermann, Esq.
        900 E. Moreno St.                  Lydecker Diaz
        Pensacola, FL 32503           1221 Brickell Avenue, 19th floor
                                                 Miami, FL 33131

        Cecily L. Kaffer, Esq.
        The Kullman Firm
        P.O. Box 1287
        Mobile, AL 36633

PLEASE TAKE NOTICE that a mediation conference will be held as follows:

DATE:        Friday, June 4, 2021
TIME:        9:00 a.m. (Central time)
LOCATION:  Matthews & Higgins via video conference

Dated this 10th day of May, 2021.

                                                  /s/ Larry A. Matthews
                                                  Larry A. Matthews
                                                  Florida Bar #339601 / Mediator #3550R
                                                  MATTHEWS & HIGGINS, LLC
                                                  114 East Gregory Street (32502)
                                                  Post Office Box 13145
                                                  Pensacola, Florida 32591-3145(850)
                                                  434-2200 Telephone
                                                  (850) 434-2600 Facsimile
                                                  E-Mail: LMatthews@matthewshigginslaw.com