IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

MATHEW SELOVER,

    Plaintiff,

v.                                     Case No.: 3-20-CV-04698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS;
and RAYME EDLER,

    Defendants.

_____/

## NOTICE OF SELECTION OF MEDIATOR

Defendant, ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS ("Escambia"), Defendant, RAYME EDLE ("Edler") and Plaintiff, MATHEW SELOVER ("Selover") (collectively referred to as the "Parties") by and through their undersigned counsel, hereby notifies the Court that they have selected mediator, Larry A. Matthews of Matthews & Higgins, LLC, PA, 3 114 E. Gregory St. Pensacola, FL 32502. Mediation is scheduled to occur on June 4, 2021 starting at 9:00 a.m./ cst.

                                        Respectfully submitted,

                                        LYDECKER | DIAZ
                                        Counsel for Escambia County
                                        495 Grand Blvd.
                                        Suite 206
                                        Miramar Beach, FL
                                        Telephone: (305) 416-3180

By: */s/ Stephanie Pidermann*
STEPHANIE PIDERMANN, ESQ.
FBN: 60414
sp@lydeckerdiaz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on May 10, 2021. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

/s/ *Stephanie Pidermann*
Stephanie Pidermann, Esq.

**JEREMIAH J. TALBOTT, ESQ.**
Law Office of Jeremiah J. Talbott, P.A.
900 E. Moreno Street
Pensacola, FL 32503
PIE:jjtalbott@talbottlawfirm.com
S/E:civilfilings@talbottlawfirm.com
Phone: (850) 434-9200
*Attorneys for Plaintiff*

**CECILY L. KAFFER, ESQ.**
Pro Hac Vice
The Kullman Firm
Post Office Box 1287
Mobile, Alabama 36633
P: clk@kullmanlaw.com
*T: 251) 432-1811*
*Attorney for Rayme Edler*