UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MATHEW SELOVER,**

**Plaintiff,**

v.                                                      Case No. 3:20cv04698-TKW-HTC

**ESCAMBIA COUNTY BOARD
OF COMMISSIONERS** and
**RAYME EDLER,**

**Defendants.**
_____/

**DEFENDANT RAYME EDLER'S
RULE 26(a) SUPPLEMENTAL DISCLOSURES**

Defendant Rayme Edler makes the following supplemental disclosures pursuant to Rule 26, *Fed.R.Civ.P.*

**1. Witnesses: Rule 26(a)(1)(A)(i)**

The following individuals are likely to have discoverable information that the Dr. Edler may use to oppose claims or support defenses:

Steve McCoy, EMS Administrator, Florida Department of Health, 4052 Bald Cypress Way Bin A-22, Tallahassee, FL 32399; Telephone: 850-245-4440; In addition to the subjects of information set out in Dr. Edler's initial disclosures, Mr. McCoy may have knowledge of actions taken by the Florida Department of Health, Division of Medical Quality Assurance relative to Plaintiff's license.

Personnel/officials with Florida Department of Health, Division of Medical Quality Assurance, 4052 Bald Cypress Way, Mail Bin C00, Tallahassee, FL 32399; Telephone: 850-488-0595. Such personnel have knowledge of actions taken by the Florida Department of Health, Division of Medical Quality Assurance relative to Plaintiff's license.

## 2. Documents:  Rule 26(a)(1)(A)(ii)

Dr. Edler may use Florida Department of Health document regarding the subject complaint against Plaintiff's license, Reference Number PMD 2019-18711, including any report(s) by the Investigative Services Unit ("ISU"), Prosecution Services Unit ("PSU"), or FDOH Probable Cause Panel (PCP); any transcript of PCP proceedings; any communication from ISU, PSU, or PCP to or about Plaintiff; any documents evidencing escalation from PCP to the formal Administrative Complaint phase; any Administrative Complaint; any proceedings on the Administrative Complaint, including any transcript of any hearing before the Division of Administrative Hearings ("DOAH"); any Consent/Stipulation Agreement; any other hearing; any voluntary relinquishment of license; and any final agency review, including any transcript of same; any Final Action before the board or department.

/s/ Cecily L. Kaffer
**Cecily L. Kaffer,**
pro hac vice
The Kullman Firm
A Professional Law Corporation

Post Office Box 1287
Mobile, Alabama 36633
Telephone: (251) 432-1811
clk@kullmanlaw.com

**Attorney for Defendant Rayme Edler**

## CERTIFICATE OF SERVICE

      I certify that on May 21, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephanie Pidermann
Lydecker Diaz
495 Grand Blvd.
Miramar Beach, FL 32550
Telephone: (305) 416-3180
sp@lydeckerdiaz.com


Travis P. Lambert
Talbott, Lampert, & Stoner, P.A.
900 East Moreno Street
Pensacola, Florida 32503
Telephone: (850) 437-9600
travis@talbottlawfirm.com
civilfilings@talbottlawfirm.com

                                              */s/ Cecily L. Kaffer*
                                              **Cecily L. Kaffer**