## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MATHEW SELOVER,

    Plaintiff,

v.                                    Case No. 3-20-cv-04698-TKW-HTC

ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS, et al,

    Defendants.

---

## **REPORT OF MEDIATOR**

Please take notice that a mediation session on this case was conducted on June 4, 2021. The claim between Plaintiff and Defendant Escambia County Board of County Commissioners has settled. The claim between Plaintiff and Defendant Rayme Edler is indeterminate.

Dated this 7th day of June, 2021.

                                              /s/ Larry A. Matthews
                                              Larry A. Matthews
                                              Florida Bar No. 339601
                                              Mediator #3550R
                                              MATTHEWS & HIGGINS, LLC
                                              114 East Gregory Street
                                              Pensacola, FL 32502
                                              (850) 434-2200 Telephone
                                              (850) 434-2600 Facsimile
                                              lmatthews@matthewshigginslaw.com