# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MATHEW SELOVER**,

    **Plaintiff**,

v.                                                  Case No. 3:20cv4698-TKW-HTC

**ESCAMBIA COUNTY BOARD OF COMMISSIONERS** and **RAYME EDLER**,

    **Defendants**.

_____/

## ORDER

Based on the mediator's reports (Docs. 58, 59), it is **ORDERED** that Plaintiff and Defendant Escambia County shall file a status report 30 days from the date of this Order (and every 30 days thereafter) if a stipulation of dismissal as to the County is not filed by then.

**DONE and ORDERED** this 8th day of June, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**