UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MATHEW SELOVER**,

    **Plaintiff**,

v.     Case No. 3:20cv4698-TKW-HTC

**ESCAMBIA COUNTY BOARD OF COMMISSIONERS** and **RAYME EDLER**,

    **Defendants**.

_____/

## ORDER

This case is before the Court based on a review of the docket, which reflects that discovery is closed and the dispositive motion deadline has passed. The parties previously reported that the case has settled regarding Defendant Escambia County Board of County Commissioners but not regarding Defendant Edler. *See* Docs. 58, 59. Accordingly, it is

**ORDERED** that within 7 days from the date of this Order, Plaintiff and Defendant Edler shall file a joint status report indicating whether this case has been resolved or whether it needs to be set for trial. If the case needs to be set for trial, they shall identify several mutually agreeable dates during the week of July 12-16, 2021, for a telephonic case management conference to schedule the pretrial conference and trial.

**DONE and ORDERED** this 28th day of June, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**