**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

MATHEW SELOVER

Plaintiff,

vs.

CASE NUMBER: 3:20-CV-4698-TKW-HTC

ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS and RAYME EDLER,

Defendants.
_________________________________/

**JOINT STATUS REPORT**

Pursuant to the Court's June 8, 2021 and June 28, 2021 Orders (Docs. 60, 61), Plaintiff, MATTHEW SELOVER, and Defendants ESCAMBIA COUNTY BOARD OF COUNTY COMMISSIONERS and RAYME EDLER (collectively, "the Parties") provide the Court with the following status update:

1. On or about June 4, 2021, the parties attended mediation. Plaintiff and Escambia County Board of County Commissioners (ECBOCC) reached an agreement to settle Plaintiff's claims raised against ECBOCC in this lawsuit. (Doc. 59).

2. Currently, Plaintiff and ECBOCC are diligently working on finalizing the agreement with a written settlement agreement and release.

3. Defendant Edler is not a party to the agreement reached between Plaintiff and ECBOCC; however, the settlement agreement reached between Plaintiff and ECBOCC, once finalized, will result in Plaintiff moving to dismiss all claims against ECBOCC and Edler, effectively ending this litigation.

4. The Parties will either file the necessary dismissal documents or another status report within thirty (30) days of the filing of this status report.

Dated: July 1st, 2021

Respectfully submitted,

/s/ *Travis P. Lampert*
Travis P. Lampert
Fla. Bar No. 0099843
Talbott, Lampert & Stoner, P.A.
900 E. Moreno Street
Pensacola, FL 32503
P: (850) 437-9600
F: (850) 437-0906
travis@talbottlawfirm.com
civil@talbottlawfirm.com

*Attorneys for Plaintiffs*

/s/ *Cecily L. Kaffer*
Pro Hac Vice
The Kullman Firm
P.O. Box 1287
Mobile, AL 36633
P: (251) 432-1811
F: (251) 433-1230
clk@kullmanlaw.com

*Attorneys for Rayme Edler*

/s/ Stephanie Pidermann
Stephanie Pidermann
Fla. Bar No. 60414
Lydecker Diaz
495 Grand Boulevard Suite 206
Miramar Beach, FL
P: (305) 416-3180

F: (305) 416-3190
sp@lydeckerdiaz.com

*Attorneys for Escambia County*
*Board of County Commissioners*

**CERTIFICATE OF SERVICE**

I hereby certify that on June __ , 2021, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification to all counsel of record, as follows:

Stephanie Pidermann, Esquire
Katie Gudaitis, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
sp@lydeckerdiaz.com
kg@lydeckerdiaz.com
ksm@lydeckerdiaz.com
*Attorneys for Defendant, Escambia County Board of County Commissioners*

Cecily L. Kaffer, Esquire
Pro hac vice
The Kullman Firm
P.O. Box 1287
Mobile, AL 36633
clk@kullmanlaw.com
*Attorney for Defendant, Rayme Edler*

*/s/ Travis P. Lampert*
TRAVIS P. LAMPERT, ESQ.
*Attorney for Plaintiffs'*