UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MATHEW SELOVER**,

    **Plaintiff**,

v.                          Case No. 3:20cv4698-TKW-HTC

**ESCAMBIA COUNTY BOARD OF COMMISSIONERS** and **RAYME EDLER**,

    **Defendants**.

_____/

## ORDER

This case is before the Court based on the parties' joint status report (Doc. 62), which was filed in response to the Court's inquiry regarding the status of the case against Defendant Edler. The report provides the information that the Court requested, and it also serves as the status report that was due from Plaintiff and Defendant Escambia County next week. Accordingly, it is

**ORDERED** that the parties shall continue to file status reports every 30 days, with the next report due on August 2, 2021.

**DONE and ORDERED** this 2nd day of July, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**