UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATHEW SELOVER

    Plaintiff,

vs.                                  CASE NUMBER: 3:20-CV-4698-TKW-HTC

ESCAMBIA COUNTY BOARD
OF COUNTY COMMISSIONERS and
RAYME EDLER,

    Defendants.
_____/

## MOTION TO DISMISS

Plaintiff, MATTHEW SELOVER, pursuant to Federal Rule of Civil Procedure 41(a)(2), by and through their undersigned counsel, hereby moves to dismiss this action, including all claims and causes of action alleged, with prejudice, and in support thereof, states as follows:

1. All the parties attended mediation on June 4, 2021.

2. At the mediation, Plaintiff and Defendant Escambia County Board of County Commissioners reached agreement to settle all of Plaintiff's claims against Defendant Escambia County Board of County Commissioners.

3. Defendant Rayme Edler is not a party to the settlement agreement. However, the only claims that were pending against her were non-monetary claims.

4. Nevertheless, pursuant to the settlement agreement reached with Defendant Escambia County Board of County Commissioners, Plaintiff moves for dismissal of all claims against Defendant Escambia County Board of County Commissioners, and Defendant Rayme Edler, with the parties to bear their own fees and costs.

WHEREFORE, the Plaintiff, Matthew Selover, respectfully requests this Honorable Court to enter an order dismissing the above matter with prejudice, including all claims and causes of action, consistent with the relief sought herein, and for such other and further relief as the Court may deem appropriate.

Dated: July 30th, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2021 a true and correct copy of the foregoing Motion was furnished to counsel for the Defendant as listed below via CMC/ECF, E-Mail and U.S. Mail.

> /s/ Travis P. Lampert
> TRAVIS P. LAMPERT, ESQ.
> Florida Bar No. 0099843
> Talbott, Lampert & Stoner, PA
> 900 East Moreno Street
> Pensacola, FL  32503
> (850) 437-9600 / (850) 437-0906 (facsimile)
> *Attorneys for Plaintiff*
> travis@talbottlawfirm.com
> civilfilings@talbottlawfirm.com

## SERVICE LIST

Stephanie Pidermann, Esquire
Katie Gudaitis, Esquire
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
sp@lydeckerdiaz.com
kg@lydeckerdiaz.com
ksm@lydeckerdiaz.com
*Attorneys for Defendant, Escambia County Board of County Commissioners*

Cecily L. Kaffer, Esquire
Pro hac vice
The Kullman Firm
P.O. Box 1287
Mobile, AL 36633
clk@kullmanlaw.com
*Attorney for Defendant, Rayme Edler*