# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MATHEW SELOVER**,

    **Plaintiff**,

v.                                Case No. 3:20cv4698-TKW-HTC

**ESCAMBIA COUNTY BOARD OF COMMISSIONERS** and **RAYME EDLER**,

    **Defendants**.

_____/

## ORDER OF DISMISSAL

This case is before the Court based on Plaintiff's motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2) (Doc. 64).  The motion is based on a settlement reached between Plaintiff and Defendant Escambia County.  The motion does not indicate Defendants' position on the motion, but the Court sees no reason to hold the motion for a response because Defendants will not be prejudiced by the dismissal of this case with prejudice.  Accordingly, it is

**ORDERED** that the motion (Doc. 64) is **GRANTED**, and this case is **DISMISSED with prejudice** with each party to bear their own costs.  The Clerk shall close the case file.

**DONE and ORDERED** this 2nd day of August, 2021.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case 3:20-cv-04698-TKW-HTC   Document 65   Filed 08/02/21   Page 2 of 2

2